UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHARLES ROBINSON,<br><br>Plaintiff,<br><br>v.<br><br>TELESECTOR RESOURCES GROUP, INC.<br>d/b/a VERIZON SERVICES GROUP,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Kindly enter the appearance of John P. McLafferty, on behalf of the Defendant, Telesector Resources Group, Inc. d/b/a Verizon Services Group, in connection with the above-captioned action.

                                            Respectfully submitted,
                                            TELESECTOR RESOURCES GROUP, INC. d/b/a
                                            VERIZON SERVICES GROUP,
                                            Defendant,

                                            By its attorneys,

                                            _____
                                            John P. McLafferty (BBO # 639179)
                                            DAY, BERRY & HOWARD LLP
                                            260 Franklin Street
                                            Boston, Massachusetts 02110-3179
DATED: September 10, 2004              (617) 345-4600

## CERTIFICATE OF SERVICE

I, John P. McLafferty, hereby certify that on this 10th day of September, 2004, I served a true and correct copy of the foregoing via first class mail, postage prepaid, upon Plaintiff's counsel, Frank L. Fragomeni, Jr. 15 Broad Street, Suite 501, Boston, MA 02109.

John P. McLafferty