UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES ROBINSON,<br><br>   Plaintiff,<br><br>v.<br><br>TELESECTOR RESOURCES GROUP, INC.<br>D/B/A/ VERIZON SERVICES GROUP,<br><br>   Defendant. | CIVIL ACTION NO. 04-11964 NG |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT TELESECTOR RESOURCES GROUP, INC. d/b/a VERIZON SERVICES GROUP

Pursuant to Loc. R. 7.3, Defendant Telesector Resources Group, Inc. d/b/a Verizon Services Group ("Verizon") states that it is a wholly-owned subsidiary of Verizon Communications Inc.

Respectfully submitted,

Defendant,
TELESECTOR RESOURCES GROUP, INC.
D/B/A VERIZON SERVICES GROUP,
By its attorneys,

John P. McLafferty, BBO #639179
DAY, BERRY & HOWARD LLP
260 Franklin Street
Boston, MA 02110
(617) 345-4600

September 15, 2004

## CERTIFICATE OF SERVICE

I, John P. McLafferty, do hereby certify that on this 15th day of September, 2004 a true copy of the foregoing Corporate Disclosure Statement was delivered by first class mail, postage prepaid, to Frank L. Fragomeni, Jr., Esq., 15 Broad Street, Suite 501, Boston, MA 02109.

John P. McLafferty