UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES ROBINSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TELESECTOR RESOURCES GROUP, INC. )<br>D/B/A/ VERIZON SERVICES GROUP, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 04-11964 NG |

**JOINT STATEMENT OF COUNSEL PURSUANT TO LOCAL RULE 16.1 (D)**

The Plaintiff, Charles Robinson, and the Defendant, Telesector Resources Group, Inc. d/b/a Verizon Services Group ("Verizon"), by their attorneys, submit jointly the following joint statement, in the above-captioned action, pursuant to the provisions of Fed.R.Civ.P. 16(b) and Local Rule 16.1 (D).

**I.  RULE 26(F)/LOCAL RULE 16.1 (B) CONFERENCE**

A telephone call was held on October 14, 2004, pursuant to Fed.R.Civ.P. 26(f) and Local Rule 16.1 (B).  The following counsel participated in the teleconference:

John P. McLafferty of Day, Berry & Howard for the Defendant

Frank L. Fragomeni Jr. of Fragomeni & Carey for the Plaintiff.

**II.  PROPOSED JOINT DISCOVERY PLAN AND CASE SCHEDULE**

The parties hereby submit the following proposed pretrial schedule:

1. Automatic disclosures to be served on or before November 1, 2004;

2. Amendments and/or supplements to the pleadings are to be completed by November 15, 2004;

-2-

3. All discovery, including depositions and responses to discovery requests, to be completed on or before May 1, 2005;

4. The plaintiff shall designate experts, if any, by February 1, 2005;

5. The defendant shall designate experts, if any, by March 1, 2005;

6. All expert depositions, if any, to be completed by May 1, 2005;

7. All dispositive motions are to be filed on or before June 1, 2005, with oppositions thereto filed by July 1, 2005.

**III. OTHER MATTERS**

1. <u>Trial by Magistrate</u>. At this time, the parties do not consent to trial before a United States Magistrate Judge.

2. <u>Certification of Consultation</u>. The parties shall file at the initial scheduling conference the parties' respective certifications pursuant to Local Rule 16.1 (D) (3).

3. <u>Settlement Proposals</u>. Plaintiff has not yet presented Defendant with a written settlement proposal pursuant to Local Rule 16.1 (C). The Defendant will be prepared to respond to any such proposal provided sufficiently in advance of the Scheduling Conference.

**IV. AGENDA**

The parties propose the following agenda for the Scheduling Conference:

1. The discovery plan and case schedule outlined above; and

2. Such other matters as the Court may find appropriate.

| | |
|---|---|
| Respectfully submitted,<br>The Plaintiff<br>**CHARLES ROBINSON.**<br><br>By his attorney,<br><br>     /s/ Frank L. Fragomeni<br>Frank L. Fragomeni Jr., BBO# 176990<br>FRAGOMENI & CAREY<br>15 Broad Street, Suite 501<br>Boston, Massachusetts 02109<br>(617) 523-6511 | Respectfully submitted,<br>The Defendant<br>**TELESECTOR RESOURCES GROUP,<br>INC. D/B/A VERIZON SERVICES GROUP**<br><br>By its attorneys,<br><br>     /s/ John P. McLafferty<br>John P. McLafferty, BBO# 639179<br>DAY, BERRY & HOWARD LLP<br>260 Franklin Street<br>Boston, Massachusetts 02110-3179<br>(617) 345-4600 |

Dated: October 14, 2004

## CERTIFICATE OF SERVICE

     I, John P. McLafferty, do hereby certify that on this 14th day of October, 2004 a true copy of the foregoing was delivered via first class mail, postage prepaid, to Frank L. Fragomeni Jr., Esq., Fragomeni & Carey, 15 Broad Street, Suite 501, Boston, MA 02109.

                                        /s/ John P. McLafferty
                                        John P. McLafferty