# United States District Court
# District of Massachusetts

**CHARLES ROBINSON,**
    **Plaintiff,**

    **v.**                               **CIVIL ACTION NO. 04-11964-NG**

**TELESECTOR RESOURCES GROUP, INC.,**
    **d/b/a VERIZON SERVICES GROUP,**
    **Defendant.**

## *SCHEDULING ORDER - RULE 16(b), FED. R. CIV. P.*

**COLLINGS, U.S.M.J.**

    The Court enters the within Scheduling Order pursuant to Rule 16(b), Fed. R. Civ. P.

    **(1)**    **Automatic disclosures must be COMPLETED** *on or before the close of business on Monday, November 1, 2004.*

    **(2)**    **Initial set(s) of interrogatories and requests for production of documents must be served** *on or before the close of business on Wednesday, December 1, 2004;* **responses, answers and/or objections shall be served** *within the time provided by the Federal Rules.*

    **(3)**    **Any motions to amend the pleadings must be filed and served** *on or before the close of business on Monday, November 15, 2005.*

    **(4)**    **All other non-expert discovery shall be filed and/or served** *on or before the close of business on Monday, April 18, 2005* **and COMPLETED** *on or before the close of business on Monday, May 2, 2005.*

(5)     Counsel shall report for a further conference on *Wednesday, February 23, 2005 at 10:30 A.M.* at Courtroom #14 (5th floor), John Joseph Moakley United States Courthouse, Boston, Massachusetts.  At said conference, the Court shall hear counsel as to (a) the status of discovery and (b) whether the case should be referred for mediation, (c) any dispositive motions which are contemplated, and (d) the schedule for expert discovery .

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

October 21, 2004.