UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHARLES ROBINSON,<br><br>             Plaintiff,<br><br>v.<br><br>TELESECTOR RESOURCES GROUP, INC. D/B/A<br>VERIZON SERVICES GROUP,<br><br>             Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-11964-NG<br>)<br>)<br>)<br>)<br>)<br>) |

## **AFFIDAVIT OF FELIX J. SPRINGER**

I, Felix J. Springer, hereby depose and say as follows:

1. I am a partner in the law firm of Day, Berry & Howard LLP, CityPlace I, Hartford, Connecticut, 06103.

2. I am in good standing in every jurisdiction in which I have been admitted to practice. I am a member of the bar of the State of Connecticut. I have also been admitted to the bar of the United States District Court for the District of Connecticut, the United States District Court for the Southern District of New York, and the United States Court of Appeals for the Second, Fifth and Tenth Circuits.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Federal Rules of Civil Procedure and the rules for practice before the United States District Court for the District of Massachusetts.

5. I am familiar with Verizon Services Group, Inc. ("Verizon") and the issues in this lawsuit. My appearance and participation in conjunction with attorneys from Day, Berry &

Howard LLP's Boston office are necessary for the proper and effective representation of Verizon in this matter.

 SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 9th DAY OF FEBRUARY, 2005.

              /s/ Felix J. Springer
              Felix J. Springer

**CERTIFICATE OF SERVICE**

  I, John P. McLafferty, do hereby certify that on this 9th day of February, 2005 I caused a true copy of the foregoing Affidavit of Felix J. Springer to be delivered by first-class mail, postage prepaid, to Frank L. Fragomeni, Jr., Esquire, 15 Broad Street, Suite 501, Boston, Massachusetts 02109.

                 /s/ John P. McLafferty
                 John P. McLafferty