UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHARLES ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 04-11964-NG |
| ) | |
| TELESECTOR RESOURCES GROUP, INC. D/B/A ) | |
| VERIZON SERVICES GROUP, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1 (A) (2)

Pursuant to Local Rule 7.1 (A) (2), I, John P. McLafferty, counsel for the Defendant, Telesector Resources Group, Inc., d/b/a Verizon Services Group ("Verizon") hereby certify that on February 9, 2005, I conferred with Attorney Frank L. Fragomeni, Jr., counsel for Plaintiff Charles Robinson, in good faith attempted to resolve or narrow the issues raised by the Defendant's Motion to Admit Felix J. Springer Pro Hac Vice filed herewith. Attorney Fragomeni advised that he assents the Defendant's Motion.

          Respectfully submitted,

          Defendant,
          TELESECTOR RESOURCES GROUP, INC.
          D/B/A VERIZON SERVICES GROUP,
          By its attorneys,

          /s/ John P. McLafferty
          John P. McLafferty, BBO #639179
          DAY, BERRY & HOWARD LLP
          260 Franklin Street
          Boston, Massachusetts 02110

February 9, 2005          (617) 345-4600

-2-

## **CERTIFICATE OF SERVICE**

     I, John P. McLafferty, do hereby certify that on this 9th day of February, 2005 I caused a true copy of the foregoing to be delivered by first-class mail, postage prepaid, to Frank L. Fragomeni, Jr., Esquire,15 Broad Street, Suite 501, Boston, Massachusetts 02109.

                                                                     /s/ John P. McLafferty
                                                                    John P. McLafferty