# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CHARLES ROBINSON,
      Plaintiff,

      V.

TELESECTOR RESOURCES
GROUP, INC.,
      Defendant.

CIVIL ACTION NO:
04-11964-NG

## *RE-NOTICE OF FURTHER STATUS CONFERENCE*

Please take notice that a **Further Status Conference** in the above-entitled case

has been scheduled for **Friday, May 20, 2005 at 2:30 P.M.** in Courtroom #23, 7th

Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston,

Massachusetts 02210 before Robert B. Collings, United States Magistrate Judge.

**ROBERT B. COLLINGS**
**United States Magistrate Judge**

*Kathleen M. Dolan*

**Kathleen M. Dolan**
**Deputy Clerk**
**(617) 748-9229**

May 9, 2005

Notice sent to:
Frank L. Fragomeni, Jr., Esquire
John P. McLafferty, Esquire
Felix J. Springer, Esquire