UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES ROBINSON,
    Plaintiff,

v.

TELESECTOR RESOURCES
GROUP, INC.,
    Defendant.

CIVIL ACTION NO.
04-11964-NG

# NOTICE OF RE-SCHEDULED FURTHER STATUS CONFERENCE

Please take notice that the **FURTHER STATUS CONFERENCE** in the above-styled case is **RE-SCHEDULED** for **Wednesday, June 29, 2005 at 2:30 P.M.**, in Courtroom #23, 7th Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210 before Robert B. Collings, United States Magistrate Judge.

            **ROBERT B. COLLINGS**
            United States Magistrate Judge

            *Kathleen M. Dolan*
            **Deputy Clerk**
            **(617) 748-9229**

May 19, 2005.

Notice Sent to:

Frank L. Fragomeni, Jr., Esquire
Felix J. Springer, Esquire
John P. McLafferty, Esquire