# United States District Court
# District of Massachusetts

CHARLES ROBINSON,
      Plaintiff,

      V.                      CIVIL ACTION NO. 2004-11964-NG

TELESECTOR RESOURCES GROUP, INC.,
      Defendant.

## *ORDER*

COLLINGS, U.S.M.J.

      Pursuant to the colloquy at today's status conference, counsel shall notify the Court in writing, **on or before the close of business on Wednesday, September 30, 2005,** whether or not their clients consent to the reassignment of this case to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

Date: June 29, 2005.