UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES ROBINSON,<br><br>        Plaintiff,<br><br>v.<br><br>TELESECTOR RESOURCES GROUP, INC. D/B/A VERIZON SERVICES GROUP,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-11964-NG<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF CHANGE OF ADDRESS

Effective August 15, 2005, please note that the new mailing address for Defendant's counsel will be:

> Day, Berry & Howard LLP
> One International Place
> Boston, MA 02110

Please note that our telephone and fax numbers will remain the same.

> Respectfully submitted,
>
> Defendant,
> TELESECTOR RESOURCES GROUP, INC.
> D/B/A VERIZON SERVICES GROUP,
> By its attorneys,
>
>
>      /s/ John P. McLafferty
> John P. McLafferty, BBO #639179
> DAY, BERRY & HOWARD LLP
> 260 Franklin Street
> Boston, Massachusetts 02110
> (617) 345-4600

August 10, 2005

-2-

**CERTIFICATE OF SERVICE**

    I, John P. McLafferty, do hereby certify that on this 10th day of August, 2005 I caused a true copy of the foregoing to be delivered by first-class mail, postage prepaid, to Frank L. Fragomeni, Jr., Esquire, 15 Broad Street, Suite 501, Boston, Massachusetts 02109.


                                       /s/ John P. McLafferty
                                       John P. McLafferty