UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES ROBINSON,<br><br>              Plaintiff,<br>v.<br><br>TELESECTOR RESOURCES GROUP, INC.<br>D/B/A/ VERIZON SERVICES GROUP,<br><br>              Defendant. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-11964 NG<br>)<br>)<br>)<br>)<br>) |

## JOINT REPORT ON STATUS OF SETTLEMENT AND REASSIGNMENT TO MAGISTRATE JUDGE

      Pursuant to the Orders of this Court dated June 29, 2005, the Plaintiff, Charles Robinson, and the Defendant, Telesector Resources Group, Inc. d/b/a Verizon Services Group ("Verizon"), by their attorneys, submit jointly the following report on the status of settlement and their positions on reassignment of this matter to United States Magistrate Judge Robert B. Collings. The parties have exchanged settlement demands and offers. However, to date the parties have been unable to resolve this matter.  Counsel will continue to discuss settlement as appropriate, but at this time do not anticipate that this matter will be resolved prior to the deadline for filing Defendant's summary judgment motion, as set forth in the Court's June 29, 2005 Order.

      The Defendant does not consent to reassignment of this matter to United States Magistrate Judge Collings.

-2-

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| The Plaintiff | The Defendant |
| **CHARLES ROBINSON** | **TELESECTOR RESOURCES GROUP, INC. D/B/A VERIZON SERVICES GROUP** |
| By his attorney, | By its attorneys, |
| /s/ Frank L. Fragomeni | /s/ John P. McLafferty |
| Frank L. Fragomeni Jr., BBO# 176990 | John P. McLafferty, BBO# 639179 |
| FRAGOMENI & CAREY | DAY, BERRY & HOWARD LLP |
| 15 Broad Street, Suite 501 | 260 Franklin Street |
| Boston, Massachusetts 02109 | Boston, Massachusetts 02110-3179 |
| (617) 523-6511 | (617) 345-4600 |

Dated: September 30, 2005

### CERTIFICATE OF SERVICE

I, John P. McLafferty, do hereby certify that on this 30th day of September, 2005 I caused a true copy of the foregoing to be delivered by first-class mail, postage prepaid, to Frank L. Fragomeni, Jr., 15 Broad Street, Suite 501, Boston, Massachusetts 02109.

                                              /s/ John P. McLafferty
                                              John P. McLafferty