# EXHIBIT 5

Pursuant to Local Rule 5.3(A), exhibits attached hereto have been redacted to protect the personal privacy of individuals, including dates of birth and social security numbers.



PEMGAD-Bayonne, N. J.

EXHIBIT
7
M. Malloy 5/1/07

verizon

**FORM B**

**RIF GUIDED STAFFING/GROUP ELIMINATION FORM**

Refer to the RIF User's Guide for Instructions on Completing This Form

**INSTRUCTIONS** - Completed form is to be forwarded to Legal and the RIF Administrator for review. The form is to be used in conjunction with the appropriate methodology used to gather employee data which ultimately helps determine the selections. The major duties, functions and activities of all positions for which employees are Guided Staffing. Complete ALL Information Fields. This form is to be completed by the selection manager to record all employees reviewed for the position(s). considered should be described in the space provided below. As you review the employees' qualifications, based on your knowledge of the position requirements, you should determine which work experiences, accomplishments, knowledge and skills are most important in performing the job. If you are uncertain as to the responsibilities, knowledge and skills required, consult the existing job description. Reasons should be recorded for every employee selected and not selected.

Group Elimination: Complete ONLY Gray Information Fields and Employee Name, SSN, Career Band, Former Company and Work City & State

HNBU: Follow all the instructions for either Guided Staffing or Group Elimination.

| | Job Title (Guided Staffing Process Only) | Anticipated Notification Date | Business Case Number | Selection Manager/Telephone Number |
|---|---|---|---|---|
| X ☐ Guided Staffing | Team Leader | | | Claudia D'Amato 617-570-9318 |
| ☐ Group Elimination | | | | Henry Pilat 617-570-9600 |
| ☐ HNBU | Career Band  04 | | # of Vacancies  11 | |

**Specific Responsibilities of Position (Guided Staffing Process Only)**

Manages the activities of associates responsible to prepare and track CLEC operations service orders. Must motivate and lead team to meet customer and corporate objectives. Must interface with customers to assure critical dates and customer satisfaction is achieved.

**REQUIRED SKILLS (Guided Staffing Process only):**
Full understanding of CLEC Operations department. Knowledge of & experience with multi level team supervision. Understanding of Verizon guidelines, policies & Procedures and Labor requirements. Distinctive oral & written communication skills. Ability to build team spirit and to accomplish goals & objectives. Proficiency with SOP/UNISON, Livewire, Requestnet, DCAS/LSRM, Lotus Notes and other order entry systems.

**DESIRED SKILLS (Guided Staffing Process only):**
Business office experience in either residence or business markets. Knowledge of Provisioning and maintenance systems.

Supporting Documentation Source (2 suggested): X ☐ Resume    ☐ Performance Information    X ☐ Personal Knowledge    ☐ Information from former Supervisor(s)    ☐ Interviews

☐ Other: _____



**AFFECTED EMPLOYEE INFORMATION**

| Employee Name | SSN | Career Band | Former Company (BA/GTE) | Work City and State | Supporting Documents Rec'd (Y/N) | Interview Date | Selected (Y/N) | Reason for Selection / Deselection |
|---|---|---|---|---|---|---|---|---|
| Adam Aliberti | | 04 | BA | Boston, Mass. | Y | N/A | Y ☐ N ☐ | Exhibits all skills necessary for the Team Leader position. Meets all requirements. |

Verizon RIF USERGUIDE 70101.doc

Page 1 of 3

Effective 07/01/01

Redacted

| Name | | | | | | | | Comments |
|---|---|---|---|---|---|---|---|---|
| Matthew Blais | | | BA | Boston, Mass | Y | N/A | ✗ | Exhibits all skills necessary for the Team Leader position. Meets all requirements |
| Janeeque Burton | | 04 | BA | Boston, Mass | Y | N/A | ✓✗ | Exhibits all skills necessary for Team Leader position. Meets all requirements. |
| Malika Edmonds | | 04 | BA | Boston, Mass | Y | N/A | ✓✗ | Exhibits all skills necessary for Team Leader position. Meets all requirements. |
| Jean Freeman | | 04 | BA | Boston, Mass | Y | N/A | ✓✗ | Exhibits all skills necessary for Team Leader position. Meets all requirements. |
| Brenda Joy | | 04 | BA | Boston, Mass | Y | N/A | ✓✗ | Exhibits all skills necessary for Team Leader position. Meets all requirements. |
| Luigi Leone | | 04 | BA | Boston, Mass | Y | N/A | ✓✗ | Exhibits all skills necessary for Team Leader position. Meets all requirements. |
| Roy Peterson | | 04 | BA | Boston, Mass | Y | N/A | ✓✗ | Exhibits all skills necessary for Team Leader position. Meets all requirements. |
| Patrick Podolske | | 04 | BA | Boston, Mass | Y | N/A | ✓✗ | Exhibits all skills necessary for Team Leader position. Meets all requirements. |
| Susan Rober | | 04 | BA | Boston, Mass | Y | N/A | ✓✗ | Exhibits all skills necessary for Team Leader position. Meets all requirements |
| Charles Robinson | | 04 | BA | Boston, Mass | Y | N/A | ✓✗ | Exhibits all skills necessary for Team Leader position. Meets all requirements. |
| Lisa M. Smith | | 04 | BA | Boston, Mass | Y | N/A | ✓✗ | Exhibits all skills necessary for Team Leader position. Meets all requirements. |