# EXHIBIT 7

Pursuant to Local Rule 5.3(A), exhibits attached hereto have been redacted to protect the personal privacy of individuals, including dates of birth and social security numbers.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES ROBINSON,<br><br>                    Plaintiff,<br>v.<br><br>TELESECTOR RESOURCES GROUP, INC. D/B/A<br>VERIZON SERVICES GROUP,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 04-11964-NG<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SUSAN ROBER

I, Susan Rober, hereby depose and say as follows:

1.      I was born on                      1960.

2.      I am currently employed by Verizon Communications Inc.  From April 2000 until August 2001 I worked as a Team Leader with Charles Robinson in Verizon's National Markets Center – Complex Services Department center located at 6 Bowdoin Square, Boston, Massachusetts (the "NMC").  At that time I reported to second-level manager Hank Pilat.

3.      Throughout 2000 and 2001, I regularly heard comments from Team Leaders and other employees relating to the merger of Bell Atlantic and GTE that formed Verizon and possible layoffs and separation packages.  On several occasions I heard Plaintiff discuss those rumors.

4.      On several occasions Mr. Robinson told me that when he was asked questions by his employees, Mr. Robinson would often reply with "Pretend I am not here -  what would you do?" or words to that effect.  On a number of occasions Mr. Robinson's employees approached me for answers after failing to receive sufficient guidance from Mr. Robinson.

5.     On two occasions, Mr. Robinson sat with me in order for me to assist Mr. Robinson in better understanding the various Service Order Provisioning ("SOP") systems used by service representatives in the NMC.   On those occasions, Mr. Robinson observed me answering questions posed by service representatives.  However, Mr. Robinson did not pay attention and demonstrated no interest in learning these systems.

6.     I observed in Mr. Robinson's cubicle a cartoon showing a unicorn and other animals, with handwritten captions associating each of the animals with specific NMC members, including myself.  Mr. Robinson never said anything to me that suggested that he was upset or offended by that cartoon or that the cartoon referred in any way to his age.  Rather, Mr. Robinson made enlarged color copies of the animals and presented them to several members of the NMC.


SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS *19* DAY OF OCTOBER, 2005.

Susan Rober

-2-