# EXHIBIT 9

Case 1:04-cv-11964-NG    Document 21-10    Filed 10/21/2005    Page 1 of 3



C. Robinson
EXHIBIT NO. 6
3/23/05
C. Carpentier


Henry Pilat
06/08/2001 10:14 AM

Sent by:  Henry Pilat

To:       Charles Robinson/EMPL/MA/Bell-Atl@VZNotes
cc:
Subject:  Re: assignment of work

Charlie,
    The task of assigning work will be in addition to your current responsibilities - not in place of. I by no means meant to imply that you were to be relieved of any of the other duties assigned to you. I only stated that I was not going to assign you any additional accounts because I was going to give you the function of assigning work as well as your other duties.
    You are a valuable, contributing soldier in the army of Verizon. I need you to be able to evaluate and assist the associates in the correct processing of service orders. There is no "formal" training for this job. I thought that you had already sat with Sue as well as the associates in order to learn the service order portion? Teaming up with the other Team leads or associates is the best route to follow for now - as well as attending the "new products" training as it comes up.

Charles Robinson

Charles Robinson
06/08/2001 06:30 AM

Sent by:  Charles Robinson

To:       Henry Pilat/EMPL/MA/Bell-Atl@VZNotes
cc:
Subject:  Re: assignment of work

I didn't approach you on the assigning function. I will perform any task in here. I am a good soldier; but again I am stating my concerns. The assigning function again to me is a no brainer. Why don't you read my note again below and try to understand my concerns.
Henry Pilat


Henry Pilat
06/07/2001 12:04 PM

Sent by:  Henry Pilat

To:     Charles Robinson/EMPL/MA/Bell-Atl@VZNotes
cc:
Subject:  Re: assignment of work

Charlie,
    I thought you were interested in taking over the assigning function ? Did I miss something ?

Charles Robinson

Charles Robinson
06/07/2001 09:01 AM

Sent by:  Charles Robinson

To:     Henry Pilat/EMPL/MA/Bell-Atl@VZNotes
cc:
Subject:  assignment of work

Hank,
I have been thinking and I have no problem taking the position of the assignment of work; however, I do not like the feeling that I may be being pushed aside. To me the job of assigning is a no brainer. If I need to be trained in service orders to become of value to this organiztion then that is what I want.. I am not ready to retire and feel that I still have a lot to offer.
Thanks,
Charlie

VER 00422