# EXHIBIT 11



# RIF USER'S GUIDE

## BUSINESS AS USUAL RIF

The RIF process involves several steps. The procedures and instructions contained in this RIF User's Guide, as developed by the Verizon RIF Administration Team, explain each of these steps in detail. Please be aware and take into account, when planning the RIF process, that in order to complete certain tasks, advance notice to other departments is required (e.g., creation of the Employee Benefits Package, for former GTE employees). Your RIF Administration team member is available to assist you in planning the Business Case and completing the necessary documentation.



EXHIBIT
Pilat
6
m.malley 5/17/05

RIF Process Flow:

| Task | Corresponding Step in RIF User's Guide | Accountable Party (Lead Party in BOLD) |
|---|---|---|
| 1. Need for RIF is determined. | N/A | Client |
| 2. Consult with client and provide copies of appropriate RIF documentation. | Step 1(a) | HR Business Partner |
| 3. Determine the decision unit/universe in which the reductions need to occur. | Step 1(b) | HR Business Partner Client |
| 4. Determine best Reduction in Force option to be used to meet the required reductions. | Step 1(c) | HR Business Partner Client |
| 5. Develop pre/post RIF organization charts. | Step 1(d) | Client |
| 6. Determine the appropriate notification period: 30 days or 60 days (for WARN situations only). | Step 1(e) | HR Business Partner Client Legal RIF Admin Team |
| 7. Initial RIF documentation is completed (Forms A/B) and the tentative timeline is developed. | Step 1(f) | HR Business Partner Client RIF Admin Team |
| 8. Preview Business Case with Legal and RIF Administration Team.<br>• Discuss planned RIF and associated timeline<br>• Preview RIF Forms<br>• Outline planned data gathering methodology if Guided Staffing<br>• HR BP provides the RIF Admin Team with an Excel spreadsheet with the names and social security numbers of those in the business case and the initial Form A & B | Step 2 | HR Business Partner Legal RIF Admin Team |
| 9. Develop and implement the appropriate communication strategy. Mandatory for Guided Staffing exercises. | Step 3 | Client HR BP |
| 10. For guided staffing only:<br>• Determine the appropriate data source (s) to be utilized to support and document all guided staffing decisions<br>• Conduct the guided staffing process<br>• Review and submit the final RIF documents for departmental approval | Step 4 | Client<br><br><br><br><br>HR Business Partner |
| 11. HR BP reviews completed RIF forms to ensure that they are complete, accurate and the content is sufficient to support the decisions made. Forwards the RIF documentation, completed Forms A & B to Legal and the RIF Administration Team. | Step 5(a) | HR Business Partner |
| 12. Enter the RIF information into the RIF database. | N/A | RIF Admin Team |
| 13. Legal Review. | N/A | Legal Department |
| 14. Complete the Legal Review<br><br>Notify RIF Administration Team | N/A<br><br>Step (5b) | Legal Department RIF Admin Team HR Business Partner |

VER 00360

| | | |
|---|---|---|
| 15. Provide package delivery instructions to RIF Administration Team. | Step 5(b) | HR Business Partner |
| 16. Determine the need, type and dates for Supervisor Notification Training. Either Lee Hecht Harrison or Spherion will provide this service for the notification managers. | Step 5(c) | HR Business Partner<br>RIF AdminTeam<br>Lee Hecht Harrison and/or Spherion |
| 17. Development and printing of Day 1 packages for all employees and issuance of ISP memo to Hewitt for employees of fGTE. | Step 5(d) | RIF Admin Team |
| 18. Notify impacted employees of the start of their notification period. | Step 6 | Client |
| 19. Notify RIF Administration Team of employee status changes during the notification period. | N/A | HR Business Partner |
| 20. Employees processed off-payroll at end of notification period or when their extended off-payroll date is met (fGTEonly). | N/A | ECR/ESC<br>RIF Admin Team |

**Step 1(a)**     **Consult with Client and provide copies of the appropriate RIF documentation.**

The nature of the RIF will determine the appropriate form(s) that will need to be completed in support of the RIF. The RIF Administration Team will use the required forms in order to develop a business case in the RIF database. A business case will, at a minimum, be comprised of a single Form A, as in the case of a single job elimination, or, if necessary, one Form A accompanied by one or more Form Bs. In the case of a functional elimination or a guided staffing exercise, the actual number of Form B's will be driven by volume.

**Individual Job Elimination**
If the reduction consists of one unique job elimination, enter the employee information requested on the Reduction in Force Form (Form A) only. *In this case, there is no need to complete the RIF Guided Staffing/Group Elimination Form (Form B).*

**Partial Work Group Elimination**
Where there will be a partial work group elimination, a **Guided Staffing** process is performed whereby the client must gather appropriate employee performance-related data, which will be used as the basis to select the best candidates for the positions remaining. Those employees not selected for a position will be identified for RIF. *In this case, Forms A and B are used. Guidelines on how to conduct a guided staffing exercise will be covered later in this user's guide.*

**Total Work Group/Function Elimination**
Where there will be a total work group/function elimination, Form B will be used to list all employees in the affected work group/function. *In this case, Forms A and B are used.*

|        | Single Job Elimination | Partial Work Group Elimination | Total Work Group Elimination |
|--------|------------------------|--------------------------------|------------------------------|
| Form A | Yes                    | Yes                            | Yes                          |
| Form B | No                     | Yes                            | Yes                          |

All individuals in an affected work group should be within the same career band for the purposes of guided staffing. **Any deviation from this should be reviewed first with Legal and then with your RIF Administration Team member.** However, if the total affected work group is to be eliminated, the group may comprise individuals in more than one career band.

Consider the following when identifying the work group:

- Budget constraints should be taken into account when determining if individuals in a different location will be included in the defined work group. If the post-reduction work will remain centralized in its original location and financial resources for relocation are not available, then the defined work group should be limited to one geographic area. Consider any other geographic limitations that qualify where the work is performed when defining the work group.

- In most cases, all individuals defined in the affected work group will report to the same director. An obvious exception is the case in which the affected work is performed at or above the director level. Other exceptions should be carefully considered and coordinated at the lowest organizational level common to the two groups (e.g., the Executive Director if the different directors report to a common Executive Director; the VP if the different directors are in different Executive Director groups).

**Step 1(b)**    Determine the decision unit/universe in which the reductions need to occur.

The first step in the Reduction in Force process is to identify the decision unit/universe in which the reductions need to occur. Each HR Business Partner will work with their respective client group to identify the segments of the organization within which reductions are necessary.

Affected work group(s) within the decision unit/universe will need to be identified. <u>A "work group" may be comprised of one or more employees **within the decision unit/universe** who are in the same career band and performing similar and/or related job functions requiring similar skill sets.</u> There may be a work group of one if there is only one employee with a specific title and/or performing the specific work. The affected work group includes of all those individuals being considered for separation. One decision unit may consist of any number of affected work groups. Your decision units/universes are determined by using organization charts that indicate the individuals to be included in the staffing process.

*A group of employees that share the same or similar job functions, skills, career band, and (in some cases) geography, and that report to the same person, should be treated consistently during a reduction in force. For example: An individual employee in a group cannot be excluded if a surplus situation exists within that same group; i.e., all incumbents of the group should go through the same staffing process.*

*The following are general guidelines to be used in determining the affected universe:*

*The first step in a reduction exercise is to determine which positions held by management occasional/temporary employees could be eliminated or filled by regular employees prior to the start of the RIF process. If those positions are determined to stay than they are factored into the total universe. Management occasional/temporary employees are not eligible to be included in the RIF process*

*Regular positions, not the employees in them, currently filled on an acting/temporary basis with an associate/hourly employee should be made available for selection during this process.*

*An employee acting on a short-term basis to fill a temporary void (e.g., filling in for a manager on vacation or disability where the manager is expected to return to the position), should be included in a staffing process in their permanent career band.*

*If the employee was the selected candidate for a regular position, but the promotion hadn't been processed yet, or the employee has been acting on a long-term basis (usually defined as a year or more) the employee can be considered at the higher career band. If not selected, the employee can then be considered at his/her regular band.*

*Employees in the following statuses should be included in the RIF process, if applicable. Their 30-day notification period will begin when they return to work:*
   *LOA - Leave of Absence*
   *STD - Short Term Disability*
   *FML - Family Medical Leave*
   *Workers Compensation*

*Employees in job share positions should be included in the process. In the guided staffing process, the position will be tracked as one position, not two. If one of the two is selected than the final resolution of the job share is handled on a case-by-case basis.*

**Step 1 (c)**    *Determine the Appropriate Reduction in Force Process*

*An evaluation should be conducted to determine the best Reduction in Force process to be used to meet the targeted reductions. The following options are available:*
   *Guided Staffing (Partial Work Group Elimination)*
   *Single Job Elimination*
   *Total Work Group Elimination*

*A guided staffing process pools employees with similar job functions, skills, career band and (possibly) geography, to be considered for available positions.*

*If a reduction is required in the number of positions, or a position is newly created or changes significantly, a guided staffing process should be implemented.*

*A function elimination is defined as an elimination of a function that will no longer be required, e.g., eliminated or outsourced.*

*Function eliminations may also be used in certain cases of job consolidation between two or more geographies. If there is a business determination to perform a function in a specific geography, the employees in the remaining geographies may be included in a function elimination process.*

### Step 1(d)    Develop pre/post RIF organizational charts.

In the event of any future legal challenges to the outcome of a RIF, Verizon must be able to produce organizational charts depicting the organization both before and after the reduction. Due to the fact that these charts are very difficult to create, once a significant amount of time has passed, the organization must supply them at the time of the RIF. Obtaining these charts will also assist you in identifying your work groups and in completing the Reduction in Force Form (Form A) and the RIF Guided Staffing/Group Elimination Form (Form B).

### Step 1(e)    Determine the appropriate RIF notification period.

Most RIF activity will require a 30-day notification period. The exception to this rule is if the case falls under the provisions of the WARN Act. **WARN** offers protection to workers, their families and communities by requiring employers to provide notice 60 days in advance of covered plant closings and covered plant layoffs. This notice must be provided to either affected workers or their representatives (e.g. a labor union); to the State dislocated worker unit; and to the appropriate unit of local government. In general employees are covered by **WARN** if the company/plant has 100 or more employees, not counting employees that have worked less than 6 months in the last 12 months and not counting employees who work an average of less that 20 hours a week.

### Step 1(f)    Complete Reduction in Force Forms [Form A and Form B(s)]

The initial RIF Form A and Form B(s) are completed by the client and the HR BP. In addition, a tentative timeline is established for the business case. These preliminary forms will be the basis of the discussion with the Legal and RIF Administration representative to preview the steps to be followed, the types of reductions to be taken and the selection process to be used. It is intended to ensure that the total time requirements of the RIF process is met. This step creates a forum where the particulars of the RIF are discussed prior to the start of the process to best ensure an effective and successful process and to help minimize rework.

## COMPLETE REDUCTION IN FORCE FORM (FORM A)

The Reduction in Force Form (Form A) documents the reasons for the reduction and the definition of the affected work group. A separate Reduction in Force Form must be completed for each business case unless it is a total work group/function elimination. Instructions for completing each of the sections are provided below.

### Section A: Background/Contact Information

| 1A | Identify the applicable Business Segment |
|---|---|
| 2A | Identify the applicable Responsibility/Work Center Code |
| 3A | Identify the applicable Department within the Business Segment |
| 4A | Identify the physical location(s) of the affected position(s). If there are multiple locations than include them on the Form B. |
| 5A | Identify the individual/s to whom the Day 1 packages will be sent in order for them to distribute to the notification manager(s). Provide phone number/s, and mailing information. Attach an additional sheet(s) if there are more names than can fit in the space provided. Typically all packages are sent to a single point either to the HR BP or within the client organization, for distribution to the notification managers who have the responsibility to distribute to their affected employees. |
| 6A | Identify the HR Business Partner who will be responsible for coordinating the process for the department, including preparation of all necessary documentation. Provide phone number(s). |
| 7A | Identify the Selection Manager for a single job elimination or leave blank and indicate on the Form B(s). Provide phone number(s). |

### Section B: Reason for Reduction(s) and Disposition of Work

| 1B | Check appropriate business reason/s for the reduction. Select all choices that apply, and add a complete explanation of the Business Reason in the space provided. |
|---|---|
| 2B | Specify whether the RIF is:<br>• Individual job elimination (i.e., the only employee in a particular job title or performing a particular function);<br>• Partial work group elimination (i.e., one or more employees in the work group are being separated); or<br>• Total work group elimination (i.e., all employees in the work group are being separated).<br>• HNBU: check this plus the type of RIF being used. |
| 3B | Check appropriate box to indicate what will happen to the work after reduction(s). |
| 4B | Indicate the number of individuals currently in the affected work group, including individuals performing highly similar work requiring interchangeable competencies. Normally, these individuals will be within the same geographic location. If "Individual Job Elimination" is checked above in 2B, then the number in 4B and 5B should equal one. |
| 5B | Specify the number of employees in the affected group who must be identified for separation. |
| 6B | Specify the employee notification period selected by the organization, 30 days or 60 days if **WARN** invoked. **WARN** offers protection to workers, their families and communities by requiring employers to provide notice 60 days in advance of covered plant closings and covered plant layoffs. This notice must be provided to either affected workers or their representatives (e.g. a labor union); to the State dislocated worker unit; and to the appropriate unit of local government. In general employees are covered by **WARN** if the company/plant has 100 or more employees, not counting employees that have worked less than 6 months in the last 12 months and not counting employees who work an average of less that 20 hours a week. |

**Section C: Affected Employee(s)**

If the reduction consists of an individual job elimination, enter employee information requested on the Reduction in Force Form (Form A) only. *In this case, there is no need to complete Form B.*

**Do not** complete Section C if there will be a partial (one or more) or total work group/function elimination. *In this case, complete and attach a RIF Guided Staffing / Group Elimination Form(s) (Form B).*

Section D: Approval Signatures

| | |
|---|---|
| Department Approvals | The completed Reduction in Force Form and related documentation must be reviewed and signed by the department head (Director or above). Consult with your HR Business Partner to determine who in your organization should review and approve the Reduction in Force Form. |
| HR Business Partner | Once all decisions are made, the HR Business Partner (Director or above) will sign and forward the form along with the appropriate supporting documentation, i.e., RIF Guided Staffing Forms, resumes, and interviews to their Legal contact for review |
| Legal Review | Leave this line blank. It will be completed by Legal. |
| RIF Administrator | Leave this line blank. The RIF Administration Team will complete it. |

VER 00366



# FORM A
# REDUCTION IN FORCE FORM

*A separate form should be prepared for each Business Case.   Include Pre-RIF and Post-RIF organization charts.
Refer to the RIF User's Guide for instructions on completing this form.*

SECTION A – Background/Contact Information

| 1A  Business Segments |||
|---|---|---|
| ☐ Advanced Services <br> ☐ E-Business <br> ☐ Enterprise Solutions <br> ☐ Finance-Corporate <br> ☐ Finance-Telecom <br> ☐ Human Resources | ☐ Information Services <br> ☐ Information Technology <br> ☐ International <br> ☐ Legal/Regulatory <br> ☐ National Operations <br> ☐ Network Services | ☐ Performance Assurance <br> ☐ Public Affairs & Communications <br> ☐ Retail Markets Group <br> ☐ Strategy, Development & Planning <br> ☐ Other _____ |

| 2A Responsibility/ Work Center Code | 3A Department | 4A Location |
|---|---|---|
| | | |

| 5A Who will receive the Day 1 Packages? | Phone | Mailing Address (including Mail Code) ||
|---|---|---|---|
| | | | |

| 6A HR Business Partner Coordinator | Phone | 7A Selection Manager | Phone |
|---|---|---|---|
| | | | |

SECTION B – Reason for Reduction(s) and Disposition of Work

| 1B  Business Reason for RIF (Check all that apply) |||
|---|---|---|
| ☐ SBU/Function/Department Reorg <br> ☐ Loss of contract funding <br> ☐ Completion of contract(s) / project(s) <br> ☐ Other _____ | ☐ To meet budgetary initiatives <br> ☐ Job consolidations <br> ☐ Elimination of work/responsibilities | ☐ Changes in business strategy <br> ☐ Technological Changes <br> ☐ Redefined Skill Sets |
| Fully explain the Business Reason: |||

| 2B Check all that apply ☐ Individual Job Elimination ☐ Partial Work Group Elimination ☐ Total Work Group Elimination ☐ HNBU ||||
|---|---|---|---|
| 3B   What happens to the work after the reduction? (Check all that apply) ||||
| ☐ Absorbed by remaining staff    ☐ Redistributed to another organization/location    ☐ Eliminated    ☐ Other (explain): _____ ||||
| 4B  Number of Individuals Currently Performing Work <br> [     ] | 5B  Number to be Reduced <br> [     ] | 6B  Notification Period: <br> ☐ 30 Days | ↓WARN Only↓ <br> ☐ 60 Days |

SECTION C – Affected Employee(s)

| *If individual job elimination, enter information below.* <br> *If partial or total group elimination, go directly to Section D and than complete and attach RIF Guided Staffing/Group Elimination Form(s). (Form B)* ||||
|---|---|---|---|
| Employee Name | | Title | Former Company <br> ☐ BA    ☐ GTE |
| SSN | Career Band | Anticipated Notification Date | Business Case Number <br> (Entered by the RIF Administrator) |

SECTION D - Approval Signatures

| Please Type or Print | Signature | Phone | Date |
|---|---|---|---|
| Department Approval (Director or Above) | | | |
| HR Business Partner (Director or Above) | | | |
| Legal-Reviewed by | | | |
| RIF Administrator | | | |

# COMPLETE THE RIF GUIDED STAFFING/GROUP ELIMINATION FORM (FORM B) AND BEGIN THE RIF STAFFING SELECTION PROCESS

<u>The RIF Guided Staffing/Group Elimination Form is only used for partial or total group elimination. It must be completed in addition to Form A.</u> Completing this form allows you to identify the affected individuals so you can begin the guided staffing process by identifying the required supporting documentation, i.e., resumes, performance information and performing interviews of employees or former supervisors. **(See RIF Guided Staffing/Group Elimination Form [Form B] below for instructions on how to complete)** Once the affected group has been identified, the supporting documentation for the identified employees must be collected so the guided staffing process can begin. At the department's discretion, the RIF BAU Staffing Interview Guide can be used to assist in developing effective job-search selection interviews. The goal of the guided staffing process is to ensure the best-qualified employees are selected. The guide provides templates and suggestions for developing an interview for the positions to be staffed. The interview may be conducted by one interviewer or with a panel of interviewers.

**For guided staffing exercises only:**

In the case of partial group elimination, the selection manager(s) is in a position where she/he must select the best/most-qualified employees in order to fill the available positions. Those not selected will ultimately be notified that they are in the RIF notification period.

The basis for selection, in all cases, must be how effectively the employees (in the designated work group) compare, against each other, relative to the specific responsibilities, skills and competencies related to the post-RIF position requirements.

Therefore, there are three (3) critical steps in the selection process. In order, they are:

1. Document language (on RIF Form B) that specifically identifies the most critical responsibilities of the position that is being staffed. In addition to the job responsibilities, all skills/competencies required in order to perform these critical functions must be identified. Examples could include, programming language; license/certification; supervisory skills; technical competence in a particular discipline, etc. Finally, it is also important to identify skills and competency that, although not required to perform the essential functions of the position, do add value. These are particularly useful to differentiate between 2 or more equally qualified employees. The HR BP should consult with their Compensation Specialist, where required, for specific job description information.

2. Gather/compile the appropriate information necessary to evaluate and compare the employees whom are in the candidate pool for position(s) being filled. It is incumbent upon the selection manager to ensure that every effort is made to gather the appropriate data necessary to substantiate all selection decisions. Again, the focus is on gathering information that will enable the selection manager to compare the employees to the specific, critical responsibilities/skill sets/competencies, required for the position. Form B will allow the selection manager to check-off the types(s) of information that were gathered on behalf of all employees. Contact the RIF administration Team member for direction in how to obtain employee resumes. A matrix outlining some of the approved data sources follows below. This process will be detailed in Step 4, below.

3. Once all other necessary data has been compiled, the selection manager must now begin the process of comparing the employees against the job criteria – again, the comparison should be based ONLY upon what is required to perform the job that is being filled. The ultimate reasons for selections/deselections will be documented on **Form B** as well. This will be discussed further in Step 4.

# Instructions for completing the RIF Guided Staffing/Group Elimination Form - Form B

| | |
|---|---|
| Instructions | The selection manager, should complete this form with the assistance of their HR Business Partner, in accordance with the instructions on the form. |
| Guided Staffing/Group Elimination/HNBU | Select either Guided Staffing, Group Elimination or HNBU; Complete the Job Title information (Only for the Guided Staffing Process) |
| Job Title | Complete the Job Title information (Only for the Guided Staffing Process). |
| Career Band | Entered by the client/HR BP. |
| Anticipated Notification Date | Enter the anticipated notification date on which the employees who have been identified for separation will be informed. This is a common date for all. Take from the RIF Timetable. |
| Business Case Number | Entered by the RIF Administration Team. |
| Number of position vacancies | Entered by the client/HR BP. |
| Selection Manager / Telephone Number | Enter the name and telephone number of the selection manager. |
| Specific Responsibilities of the Position:<br><br>Specific Responsibilities<br><br>Required Skills<br><br>Desired Skills | Carefully consider the responsibilities of the position, as they will exist after the reduction. The employees in the affected work group will be evaluated and either selected or de-selected based upon how they match up to the documented required skills and competencies and responsibilities necessary to perform the functions of this position.<br><br>As you review the employees' background, skills and competencies, based on your knowledge of the position requirements, you should determine which work experiences are most important in performing the job, including:<br>    Position responsibilities,<br>    Employee accomplishments,<br>    Documented knowledge, and skills<br>If you are uncertain as to the responsibilities, knowledge and skills required to perform the functions, as will be required after the reductions are made, consult the existing job description or the Compensation group.<br><br>The following should not be considered:<br>- Age, sex, race, color, national origin, religious affiliation, sexual orientation, mental or physical handicap, or status as a disabled veteran or veteran of the Vietnam Era.<br>- Salary earned by the employees in the affected work group.<br>- Skills or characteristics not related to the job.<br>- Skills which can be easily learned or acquired. |
| Supporting Documentation Source | Multiple sources of supporting documentation, such as Resumes, Performance Information, Selection Managers personal knowledge of the candidates, Interviews with former supervisors or employee interviews, can be used. However, in order to ensure consistency and fairness, it is suggested that two sources should be used. The reason is that a selection manager might have personal knowledge of half of the group and need another document source for the other half. If you interview one employee then all employees in the decision group have to be interviewed. |



# RIF GUIDED STAFFING/GROUP ELIMINATION FORM
## FORM B
### Refer to the RIF User's Guide for Instructions on Completing This Form

**INSTRUCTIONS** - Completed form is to be forwarded to Legal and the RIF Administrator for review.

**Guided Staffing:** Complete ALL Information Fields. This form is to be completed by the selection manager to record all employees reviewed for the position(s). The form is to be used in conjunction with the appropriate methodology used to gather employee data which ultimately helps determine the selections. The major duties, functions and activities of all positions for which employees are considered should be described in the space provided below. As you review the employees' qualifications, based on your knowledge of the position requirements, you should determine which work experiences, including responsibilities, accomplishments, knowledge and skills are most important in performing the job. If you are uncertain as to the responsibilities, knowledge and skills required, consult the existing job description. Reasons should be recorded for every employee selected and not selected.

**Group Elimination:** Complete ONLY Gray Information Fields and Employee Name, SSN, Career Band, Former Company and Work City & State.

**HNBU:** Follow all the instructions for either Guided Staffing or Group Elimination.

☐ Guided Staffing
☐ Group Elimination
☐ HNBU

| Job Title (Guided Staffing Process Only) | Career Band | Anticipated Notification Date | # of Vacancies | Business Case Number | Selection Manager/Telephone Number |
|---|---|---|---|---|---|
| | | | | | |

**Specific Responsibilities of Position (Guided Staffing Process only)**

**REQUIRED SKILLS (Guided Staffing Process only):**

**DESIRED SKILLS (Guided Staffing Process only):**

**Supporting Documentation Source (2 suggested):** ☐ Resume   ☐ Performance Information   ☐ Personal Knowledge   ☐ Information from former Supervisor(s)   ☐ Interviews
☐ Other: _____

### AFFECTED EMPLOYEE INFORMATION

| Employee Name | SSN | Career Band | Former Company (BA/GTE) | Work City and State | Supporting Documents Rec'd (Y/N) | Interview Date | Selected (Y/N) | Reason for Selection / Deselection |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

VER 00370

| Affected Employee Information | |
|---|---|
| Former Company | Enter the employee's former company, i.e., GTE or BA. |
| Employee Documentation Received | Indicate whether or not employee's supporting documentation was received. |
| Interview Date | If employee was interviewed, provide date of interview. |
| Selected (Y/N) | Indicate Yes for each employee selected for a position, and No for each employee identified for RIF. |
| Reason for Selection/Deselection | Provide the appropriate Reason why a candidate was either selected or deselected. The reasons should be based on how the employee either met or did not meet the job selection criteria. The selection process should not use rating scales such as 1 to 7 or High, Medium, Low. The reasons given for selection/deselection should be a narrative of the criteria the employee either met or did not meet. Specific examples of achievement or lack of achievement should be used to support your reasons. |

**STEP 2**  **Conduct pre-RIF meeting with Legal Representative.**

HR BP should contact their Legal partner to preview the forms and the steps to be followed, the types of reductions to be taken and the selection process to be utilized. This will ensure that the total time requirements of the RIF process are met. This step is designed to create a forum where the particulars of the RIF are discussed prior to the start of the process to best ensure an effective and successful process and to help minimize rework. At the same time the RIF Administration Team member should be notified that a RIF case is pending and will commence on a specific date. In the case of a Guided Staffing process the HR BP, after consulting with the RIF Admin Team, provides an Excel spreadsheet with the names and social security numbers (XXXXXXXXX) of the employees in the business case and the initial Form A & B so that the business case can be built in the RIF tracking database. This will ensure that resources are available and assist in planning for the RIF Administration team.

**STEP 3**  **Develop and Implement Employee Communication Plan**

Employees who will be going through a guided staffing process must be notified of the pending Reduction in Force. They can be notified either through a written letter or in a town meeting scenario. However, no matter which method is selected, all of the employees should be notified at the same time in the same manner. The notification should come from the Director, or above, level within the organization.

HR Communications, along with the RIF Team and Legal, has prepared a communications package to assist the HR Business Partners with internal communication requirements for a RIF. The package includes templates for an employee communications plan, a memo to supervisors and a question and answer document. There is no requirement to use the documents. The HR Business Partner and the client can decide what to use or not use. They can be customized by the client or with the assistance of HR Communications or the specific Corporate Employee Communication Strategy contact. Copies of the communication package are on the HR BP Toolkit at http://ustxcopsv1d.cc.gte.com/staffing/bpinfo.nsf.

While this step is mandatory only for Guided Staffing situations, it is recommended that it also be considered when the nature of the RIF is a single job elimination or functional elimination.

**Step 4**  **Collect supporting documentation for the Guided Staffing process.**

Listed below are the different Methods/Processes for gathering employee performance-related information. The choice that you make depends upon the circumstances of the business case

that you are developing. Each business case can have a different Method/Process for gathering data. However, the method you select has to be consistent for all of the positions being filled within that case. This allows for fairness and equal treatment and consideration in the selection process.

| Method | Benefits | Suggested Use/Comments |
|---|---|---|
| Resume | <ul><li>Employee has input to the process</li><li>Enables employees to update their existing resumes to illustrate their most relevant skills and competencies</li></ul> | <ul><li>Effective when impacted work group consists of people with vastly different backgrounds</li><li>Effective when selection manager is not equally familiar with all the employees in the pool; i.e. fBA manager with a fairly new work group consisting of both fBA and fGTE employees</li></ul> |
| Performance Information | <ul><li>Provides relevant data, especially if RIF takes place around either mid-year or year-end.</li></ul> | <ul><li>Ideal when Selection Manager has either prepared or had input into the selection pool</li><li>If gathering performance appraisals from several different supervisors, the Selection Manager should consider that the ratings may be from different sources</li></ul> |
| Interviews | <ul><li>Job related interviews provide real-time information and also give the employee input into the process</li></ul> | <ul><li>Effective when the Selection Manager is new to the group that is being impacted by the RIF</li><li>Interview criteria must relate specially to the job responsibilities, skills and competencies as described **on RIF Form B**</li></ul> |
| Discussions with Previous Supervisors | <ul><li>Allows Selection Managers to gather relevant data from those most qualified to comment</li></ul> | <ul><li>Effective when the Selection Manager is new to the group that is being impacted by RIF. This would be in lieu of personal, hands-on experience</li><li>As with performance information, it may be important for the Selection Manager to consider the feedback from the various previous supervisors to ensure effective comparison</li></ul> |
| Personal Knowledge of Employees | <ul><li>Allows Selection Manager to support his/her decisions with accounts of direct observation of employee performance</li></ul> | <ul><li>Most effective when the Selection Manager has been working with the group long enough to evaluate the team against the appropriate criteria. Allows time for the use of other tools</li><li>***Should never be the sole selection tool used***</li></ul> |

General Instruction

Selection Managers are accountable for collecting sufficient job related information to make valid business judgements. They should utilize any or all of these methods when gathering performance-related data. While there is flexibility in terms of how to gather this data, all data must be used to evaluate the impacted employees against the specific criteria of the post-RIF job (s) being filled.

Step 5(a)   **Forward the finalized RIF documentation to Legal and the RIF Administration team.**
The HR Business Partner will review the forms for completeness, accuracy and to ensure the content is sufficient to support the decisions made. Once they have reviewed the forms, the HR Business Partner (Director or above) will sign and forward the paperwork to their legal contact for review.

Legal should receive the completed Reduction in Force Forms, organization charts, and all supporting documentation used, i.e., resumes, performance information, interviews, etc.

At the same time, the HR Business Partner will FAX to their specific RIF Administration Team member (see attached list) the Forms A and B which will be used to update a business case in the RIF tracking database.

Step 5(b)   **Notify RIF Administration Team of RIF approval and provide specific package delivery instructions.**
Upon completion of the legal review, the HR Business Partner will inform the RIF Administration Team that the case is approved. In addition, the HR BP must provide the RIF Administration team with specific package delivery instructions.

Step 5(c)   **Determine the need, type and dates for notification manager training.**
A major key to the success of employee notifications is for notifying supervisors to take advantage of the notification training offered by the appropriate Verizon career counseling organization, i.e., Lee Hecht Harrison, Spherion. The notifying manager has to be prepared to be able to respond to the notified employee's reaction at receiving the notice. How the employee responds and deals with the notice is dependent upon the notification manager's ability to recognize different types of employee reaction and deal with them effectively and professionally. The notification training will give them those skills. Be sure to contact your HR Business Partner to be scheduled for one of these important training sessions.

Step 5(d)   **Develop and print all employee Day 1 packages and issue ISP memos for fGTE employees.**
The RIF Administration Team will then begin the preparation and printing of Day One packages for employees and issues the ISP memo to the ESC, Hewitt, etc, for employees of fGTE. Each package is personalized with specific data for the employee.

The RIF Administration Team will mail the Day One packages to the designated contact (Form A – Section 5A) that will be delivered to affected employees by the notifying supervisors on notification day. The package will include the following:

| Former GTE Employees (Mgt): | Former BA Employees: |
|---|---|
| Notification Letter | Notification Letter |
| Older Workers Benefit Protection Act Report | Older Workers Benefit Protection Act Report |
| Benefits Highlights Booklet | Separation Agreement & Release |
| Addendum to Benefits Highlights (Includes Outplacement Information) | Outplacement Brochure |
| Separation Verification Form | Summary of Benefits Brochure |
| AYCO Financial Planning Book | Forms Matrix |
| Address Change Request | Vacation Buyout Form |
| | Separation Pay Plan |

COBRA Q & A

**Former GTE Employees (HNBU):**

Notification Letter
Employee Checklist
HNBU Severance Provisions
Separation Pay schedule
Separation Pay Option Form
Benefits Facts Sheets
Older Workers Benefit Protection Act Report
Separation Agreement & Release
Outplacement Brochure

Also attached will be a Checklist that provides important instructions for the notifying supervisor. (Refer to Step 6)

Step 6    **Notify employees of the start of their notification period.**
Notifications will need to occur on the planned notification date (see attached 2001 Schedule For Management Reduction in Force). Any changes in the employees RIF status or timing of notification must be communicated to the RIF Administration Team immediately as it will have a direct impact on who should not be notified on Day 1 or separated from the payroll after Day 30(60). Changes in RIF status may include:

   Employee placed (In a new or temporary position)
   RIF cancelled (Employee retained in current position)
   RIF suspended (Only employees on Short Term Disability, Family Medical Leave, LOA or Workers Compensation)

A minimum 60-day notice will be required when the scale of the reduction meets the criteria for the WARN Act. Business Units should consult with the appropriate HR Business Partner to determine if the particular reduction meets the WARN Act criteria. The HR BP will confer their Legal contact for a final determination. Otherwise, there will be a standard 30-day notification period for all business units.

**Preparing**

- Consult with your HR Business Partner to identify the appropriate individuals to conduct the notification meetings. Preferably, the director or manager of the work group conducts the notification meetings. However, if face-to-face meetings are not possible due to constraints involving location or availability, the highest level individual within the organization available at the location should conduct the meeting.

- The individual who will be conducting the meeting should contact the HR Business Partner to obtain information on notification training.

- Ensure the Notification Packages have been received. Alert appropriate staff ahead of time that a highly confidential package will be arriving from the RIF Administration Team and that it should be delivered only to you, not to the employee.

- Arrange for an appropriate site for the meetings. This site should be quiet and private.

### Conducting the Meeting

The individual conducting the notification meeting should:

- Be prepared and understand the business reasons for the reduction.

- Anticipate employee reactions; including possible questions and the potential need for follow-up, employee assistance, etc.

- Not apologize, negotiate, or blame others for the selection of the particular employee.

- Deliver a clear, consistent message in a sensitive manner.

- Keep communication open, and respond to the employee's questions and feelings. Do not, however, attempt to answer questions outside your area of expertise (e.g., benefits, retirement eligibility, pay, etc.). Refer these questions to the appropriate department, or instruct the employee to review the materials in his/her benefits package.

- Cover the following points during the notification meeting:

    1. Inform the employee that he/she is being terminated.

    2. Tell the employee the reason for the reduction.

    3. Inform the employee of his/her separation date.

    4. Communicate the expectations for whether or not the employee will continue working or not during the notification period; establish a mutual understanding on this subject.

    5. Deliver the Notification Package. Notification packages will differ according to which former company employed the individual. (See Step 5 for complete list of documents included in package).

    6. Inform the employees the importance of reading all the documentation in their package so that they meet the schedules outlined and have all the forms and signed documents returned by the appropriate dates. Failure to do so could result in loss of or reduced payments to the employee.

- **During the 30/60 Notification Period, the employee(s) are still Verizon employees. They should, at a minimum, retain their Verizon ID, access to a Company office, e-mail and the HR web-site in order to view open job opportunities. If circumstances such as security, morale and workplace disruption warrant other arrangements, then they should be handled on a case-by-case basis.**

**For Former GTE Employees Only (Mgt):**

The creation of the pension and severance materials for former GTE employees by the Verizon Benefits Center requires additional time, thus the need to mail a separate package after notification day. Explain that:
- In order to initiate the ISP calculation and benefits package, the employee must call Verizon's GTE Benefits Center at 800-483-2367.
- The Benefits Package being mailed to his/her home address within the next ten days contains several date-sensitive documents, along with instructions for completion and return; these documents should be reviewed in private; and questions will be answered by calling the 800 numbers provided.
- Ask employee to complete the Separation Verification Form in his/her packet and obtain departmental concurrence from their notifying supervisor.
Instructions (for Employee) – After completion of this form:

| | |
|---|---|
| Original | Employee retains for their personal records |
| Copy | FAX to the ESC Separations Team – (214) 285-1366 |

**For Former GTE Employees Only (HNBU):**

- Call the Verizon GTE Benefits Center at 800-483-2367 with questions about pension, medical/dental/life/LTD/flexible reimbursement.

- Ask employee to complete the Separation Pay Option Form in his/her packet and obtain departmental concurrence from their notifying supervisor.
  Instructions (for Employee) – After completion of this form:

| | |
|---|---|
| Original | Employee retains for their personal records |
| Copy | FAX to the ESC Separations Team – (214) 285-1366 |

**For Former BA Employees Only:**

- Former BA employees are not provided pension information in their packages and should be advised to contact the InTouch Center if they want to obtain that information.

- Any questions about provisions and/or benefits can best be answered by the contacts identified in the Day One package.

- Explain that failure to return documents in a timely manner may affect timing of the payment of the appropriate Reduction in Force provision.

- Explain that a personalized three hour redeployment counseling session is available by self-registering using the 800# in their package.

*Refer to attached guidelines for additional information on preparing for and conducting employee notification meetings.*

VER 00376