# EXHIBIT 12

~SearcE  ~Cantxti  ~Sile Map

Human Resources

IXHIBIIT NO.
C. CarPe 6k 2

# CHARLES J ROBINSON

# 6 BOWDOIN SQ, BOSTON, MA 02114

# Contact #: (617)570-9381

EXIT SYSTEM
RETURN TO MJO SYSTEM
VIEW YOUR RESUME
EDIT ENTIRE RESUME
EDIT CONTACT INFORMATION
EDIT SUPERVISORY EXPERIENCE
EDIT WORK EXPERIENCE
EDIT EDUCATION
EDIT EQUIVALENT WORK EXPERIENCE/ TRAINING

Career Objective

My career objective is to be involved with the latest technologies and to be familiar with as many different disciplines as possible within Bell Atlantic.

Objective Steps

I have always been involved with the latest technologies i.e. Broadband,ADSL

Supervisory Experience

Supervised a maximum of: 15 associates or similar positions

Direct Subordinates: 15 Indirect Subordinates: 0

Current Work Experience

Current Job Title: TEAM LEADER

Company/Department: VERIZON SERVICES GROUP/NTWK INTER MARKETS

Dates From: 4/2000    To:Pres

Current Supervisor: Henry Pilat
Supervisor Phone: 617-570-9381

Responsibilities
My responsibilties are as follows: Supervise 15 reps,single point of contact for a major ciec, Covad. Dispatch work to all the reps in the NMC,perform qualities on my team and ensure the best product for our customers.

Accomplishments
As a member of the NMC I helped Verizon enter the long distance market in Mass. by meeting key objectives.

VER 00387

Sri On_001 6:1' 4N

Technical Skills and Systems Knowledge
Trained in DCAS,LSRM,SOP,LFACS,TIRKS,Livewire

Previous Work Experience

Job Title: Specialist

Company/Department: Verizon/Network Inter. Markets

Dates From: 11/1994    To:04/2000

Responsibilities
My primary responsibility was to represent Facilities Management in the north on various new unbundled product teams to identify Outside Plant Engineering issues. I also participated on the attestation team for the 271 fling by acting as a SME to provide direction and methods when required. I also contributed to writing the ADSL guidelines for OSP Engineeers and was on the team that developed the overall process for providing ADSL to the CLECs

Accomplishments
I provided all of the infrastructure for the KPMG Attestation in New York that tresuited in a favorable finding by KPMG for BA's entrance into long distance. The Attestation Infrastructure & Provisioning team was selected as a Leader in Excellence Champion.

Technical Skills and Systems Knowledge
Hands on technical expert as well as extensive training in telecommunications engineering and construction. Chaired and participated on various large teams related to the infrastructure defect reduction experts, including copper cable rehabilitation andbonding and grounding, extensive knowledge of latewst fibe optic digital technologies (i.e. Litespan,SDN & GR303 etc.) and services (i.e. ADSL,LTS, and ISDN) as well as the embedded infrastructure. Possess superior leadership, decision making and computer skills. Strong organizational and analytical skills and was rated VE in the core competencies. Strong working knowledge LEAD, LAD, and LFACS

Job Title: Loop Technology Planner/FAP Engineer

Company/Department: NET/Network Integrated Planning

Dates From: 0211988    To:1011994

Responsibilities

VER 00388

Planned the infrastructure by initiating major projects that utilized the latest technologies and identified problem areas to reduce the code 4 rate.

Accomplishments
Exceeded objectives and successfully reduced the code 4 rate by identifying and monitoring a rehabilitation program in excess of 8 million dollars. Received the Chairman's Award for REDI-SERV 10/92. Nominated for the Chairman's Award in 1993 for the FAP Process Team

Technical Skills and Systems Knowledge
Strong organizational and analytical skills and was rated very effective in the core competencies. Strong working Knowledge of LEAD and LAD


Job Title: Outside Plant Supervisor

Company/Department: NET/Customer Services

Dates From: 09/1985  To: 02/1988

Responsibilities
Responsible for the construction and maintenance of the Digital Network in the Boston Area. This included supervising crews in the installation and maintenance of the latest fiber technologies as well as the embedded copperbase.

Accomplishments
Exceeded objectives and recognized as a SME. Participated on corporate committees to establish processes to reduce installation times of the digital network to meet customer demands.

Technical Skills and Systems Knowledge
Strong hands on technical training on all aspects of the digital network and also was rated very effective in the core competencies.


Education

School : Northeastern University

City: Boston

State: Ma

Country: US

Degree: None

VER 00389

7/10/20016:3 7 AM

<u>Equivalent</u> <u>Work</u> <u>Experience</u> <u>or</u> <u>Other</u> <u>Relevant</u> <u>Training</u>
I have 31yrs 6 months in the telecommunications industry and am well versed in the policies and products of Bell Atlantic. I have extensive on the job training. Refer to training track for specifics

*To print your resume, click the browser printer icon on the toolbar. You can also copy the resume into a Word document for printing and future reference.*

[<u>EDIT</u> *<u>YOUR</u>* <u>RESUME</u>]

*<u>Guidelines</u> <u>For</u> <u>Building</u> <u>Your</u> <u>Bell</u> <u>Atlantic</u> <u>Resume</u>*

VER 00390