# EXHIBIT 13

# ADAM R ALIBERTI

# 6 BOWDOIN SQ, BOSTON, MA 02114

# Contact #: (671)570-9372

**EDIT EQUIVALENT WORK EXPERIENCE/ TRAINING**

## Career Objective

To obtain a management position that will utilize my analytical, motivational and time management skills.

## Objective Steps

Doing an internship in Iowa for a single A baseball team helped to refine and mold my thoughts towards achieving goals that I set for myself. Starting my position at Bell Atlantic has taught me great time management skills as well as increasing my ability to analyze different situations. Accepting two coaching positions has sharpened all of my skills and abilities helping me to manage groups of people, utilizing their talents to the fullest. Through traveling to Silver Springs, MD and New York City for training and special assistance projects I feel I have furthered my value to Verizon as a company. I worked with the Lexus Group in New York to assist in the backlog of the DSL orders overwhelming the South group.

## Supervisory Experience

Supervised a maximum of: 10  associates or similar positions

Direct Subordinates: 10    Indirect Subordinates: 0

## Current Work Experience

**Current Job Title:** TEAM LEADER

**Company/Department:** VERIZON SERVICES GROUP/BCSC Support

**Dates From:** 03/2001    **To:** Pres

**Current Supervisor:** Claudia D'Amato
**Supervisor Phone:** 617-570-9318

## Responsibilities

Responsibilities include the screening, of ISDN, ADSL, DDL, Lineshare and Linesplitting requests for quality assurance. Provide authorized CLECs with assistance regarding ordering, status inquiries, confirmations and expediting order activities. I have two personal accounts in Prexar of Portland, ME. and Met Tel of New York. I also manage ten employees workload as well as their performance. I supply my subordinates with work on the evening shift from the times of 4pm to 11pm, this includes both North and South work. I work from the CFA database assigning one subordinate with the proper order information to correct the cable facility problems on a nightly basis.

## Accomplishments
Shortly after my last coaching experience I was promoted to the Team Leader position I currently hold. One of my subordinates was working at well below quality, and I requested she be put on a ~~Personal~~ performance Improvement Plan. Through one month of diligent aid this representative is now achieving and surpassing her quality requirements.

## Technical Skills and Systems Knowledge
I have worked with: SOP/UNISON, SOP/DOE, BOSS, BMEX, TIRKS, LIVEWIRE, WFA DO, WFA C, REQUEST NET, LOTUS DATABASE, DCAS, LSR MANAGER, SOACS, Express Trak, SOM, EXCEL, MICROSOFT WORD AND POWER POINT

---

## Previous Work Experience

**Job Title:** Customer Service Representative

**Company/Department:** Bell Atlantic/Verizon/National Market Center North

**Dates From:** 08/1999    **To:** 02/2001

## Responsibilities
Responsibilities include the screening, provisioning and issuing of ISDN, ADSL, DDL and Lineshare requests. Provide authorized CLECs with assistance regarding ordering, status inquiries, confirmations and loop qualification information. Research of CLEC customer address information and issuing valid linking information into each service order.

## Accomplishments
I ~~have~~ had been selected to be a coach on three occasions. The initial coaching job was a one-on-one experience to improve a fellow service representative's work quality. Working close with this representative for two weeks improved my colleagues work quality from well below average, to top quality work and a permanent position with Bell Atlantic. My second coaching position was presented to handle a new group of post-trained TISOC representatives. It was my repsonsibility to help the new associates to achieve a high work quality in two weeks time. The new employees are

now working at the required quality levels. I was sent to Silver Springs, MD for training classes on how to train employees on new material. From Silver Springs I was sent to New York City to train Lexus employees on ExpressTrak, a system I did not know initially. After two days of studying the system I successfully trained 60 associates on DSL and ExpressTrak with in two months time. Upon returning from New York I was assigned as coach for the Pennyslvania workload that we had recently acquired. I was responsible for learning SOP/DOE, maintaining my own workload as well as fellow respresentative's daily inquiries.

**Technical Skills and Systems Knowledge**
I have worked with: SOP/UNISON, BMEX, TIRKS, LIVEWIRE, WFADO, WFAC, REQUESTNET, LOTUS DATABASE, DCAS, LSR MANAGER, SOACS, EXPRESS TRAK, SOM, SOP/DOE, BOSS, EXCEL, WINDOWS AND POWER POINT.

---

Education

School : New Hampshire College

City: Manchester

State: NH

Country:

Degree: Bachelor of Science

Major: Sport Management

Completed or Expected Date: 05/1999

---

Equivalent Work Experience or Other Relevant Training
I have been trained in Labor Relations, Attendance polocies, FMLA, and *Training Practi* how to Train employees (project for Robin Wessman.)

Relevant Non-Work Experience
As a college student I played baseball for four years, was captain for two, held a job and up kept a full class schedule. During this time I learned not only the importance of time management, but also the art of motivation. Being a captain of the baseball team as a junior was a spectacular experience. Being younger than thirty percent of the team and being a team leader was difficult to gain respect of my older teammates. Through perseverance and a determination to command respect I was extremely successful in leading my team for two great seasons.



**Bell Atlantic**     ⑦ Search   ⑦ Contacts   ⑦ Site Map     **CORPORATE WIDE WEB**

Human Resources

**EXIT SYSTEM**

**RETURN TO MJO SYSTEM**

**VIEW YOUR RESUME**

**EDIT ENTIRE RESUME**

**EDIT CONTACT INFORMATION**

**EDIT SUPERVISORY EXPERIENCE**

**EDIT WORK EXPERIENCE**

**EDIT EDUCATION**

**EDIT EQUIVALENT WORK EXPERIENCE/ TRAINING**

# Matthew G. Blais

# 6 BOWDOIN SQ, BOSTON, MA 02114

# Contact #: (617)878-1777

## Career Objective

A management position utilizing analytical and interpersonal skills with the opportunity for advancement based on demonstated performance.

## Objective Steps

Throughout my employment here at Verizon I have constantly asked for extra projects within my respective departments. These projects have been awarded due to my performance/attendence records. I am also in the application process of returning to schoolfor my Masters degree.

## Supervisory Experience

Supervised a maximum of: 63  associates or similar positions

Direct Subordinates: 18    Indirect Subordinates: 45

## Current Work Experience

**Current Job Title:** TEAM LEADER

**Company/Department:** VERIZON SERVICES GROUP/BCSC SUPPORT

**Dates From:** 10/2000    **To:**Pres

**Current Supervisor:** Claudia M D'Amato
**Supervisor Phone:** 617-570-9318

## Responsibilities

Manage a team of 14 direct subordinates as Team Leader. Maintain associates measurements and goals. Develop skills to coach and provide feedback to associates. Organize and measure daily work output from associates reporting to me and perform quality analysis within my reporting group.

## Accomplishments

Since becoming a Team Leader in the Boston NMC I have taken on a number of projects. I was assigned VADI as my customer account and assisted in the implementation of Line Sharing for New York and New England. I was responsible for 10 associates, on loan from the New York TISOC, who worked out of 140 West Street processing Line Share PONs from 10/2000 through 01/2001. I was also responsible for 33 contracted associates and two supervisors in the LEXUS building, located at 65 Broadway, who were processing Line Share orders for VADI. I conducted a training class in 04/2001 to teach these associates how to process New England Line Share PONs. (Up until this date they were only processing New York PONs) -Created 18 Year-End appraisals for associates which provided feedback on performance and a development plan for the future. -Complete individual daily lists for VADI concerning FOC issues, PON status and JEP confirmations. -Trained in LSRM/SOP-DOE/BOSS systems. Assign South PA/DE Line Share PONs in LSRM on a daily basis to associates. Also responsible for checking associates workstations in LSRM to make certain 100% FOC goal is being met. -Single point of contact for RCMC regarding issues when circuit/ME information does not download into WAFA. (Recap/Conversion/Duplicate circuit issues) Responsible for having orders issued to correct problems and relay this information back to the RCMC contact. -Aided in the ongoing issue of clearing the backlog on PCN's that were not generated to our customers. Collocated with the CLPC/CCSC to receive PCN's for NY/NE/PA/DE PONs. Assign PONs on a daily basis from the PCN database in Lotus Notes to associates. Trained selected associates to use the PCN database to input necessary information to clear these PONs. -Single point of contact for RCMC regarding CFA Maintenance. This issue is for correcting orders with defective ME/CHAN PAIR information for New York and New England. Responsible for having associates issue new orders that assign correctly and turn up end users with valid ME/CHAN PAIR information. When orders have been issued, responsible for inputting order numbers, due dates and any necessary remarks into the CFA database in Lotus Notes so this information can be read by the RCMC contacts. -Participate in conference calls with VADI to discuss operational issues and to address any problems or concerns. -Complete WQAP and local qualities on 14 direct associates on a monthly basis to ensure high quality service orders. Provide feedback to associates on these qualities and provide them with any coaching they may require. -Update associates 1477's on a daily basis and review this information with them.

## Technical Skills and Systems Knowledge

SOP, TIRKS, BMEX, LIVEWIRE, WAFDO, WFA/C, DCAS, LSRM, BOSS, SOP/DOE, SWITCH, MICROSOFT WORD, EXCEL, POWERPOINT, MS-DOS, LOTUS

---

## Previous Work Experience

**Job Title:** Acting 1st Line Manager

**Company/Department:** Telesector Resources Group/TISOC

**Dates From:** 07/2000  **To:** 10/2000

**Responsibilities**
- Supervised as well as assisted in the deployment of Line Share orders for new BANDI customer. - Trained entire Boston TISOC Department and NY-Broadway TISOC contractors on Line Sharing processes. - Supervised contract workers in all areas of responsibility. - Organized and measured daily work output from contractors reporting to me. - Performed Quality Analysis within reporting group.

**Accomplishments**
Cleared critical BANDI backlog of Line Share orders avoiding pending regulatory penalties.

**Technical Skills and Systems Knowledge**
SOP, TIRKS, BMEX, LIVEWIRE, WAFDO, WFA/C, BOSS, SWITCH, DEXTER, DCAS, LSRM, MICROSOFT WORD, EXCEL, POWERPOINT, MS-DOS, LOTUS NOTES

---

**Job Title:** Service Representative

**Company/Department:** Telesector Resources Group/TISOC

**Dates From:** 08/1999  **To:** 07/2000

**Responsibilities**
Inputting orders into SOPUNISON system for ADSL/ISDN lines. I also have the responsibility of making sure the requested service orders go into 'Work Step' and the service gets delivered to the end user.

**Accomplishments**
I am comfortable with all of the aspects of this position. This includes contacting the CCSC, RCCC and engineering departments here at Bell Atlantic as well as contacting the Certified Local Exchange Carriers (CLEC's) that request the service. I have been asked and accepted the responsibility of covering for my manager on numerous occasions and have performed well in that position when asked to do so. At present, I have accepted the responsibility of doing the test orders for Line Sharing within the Boston TISOC. I trained the entire department on how to handle these orders which have been being processed since June of 2000.

**Technical Skills and Systems Knowledge**
SOP, TIRKS, BMEX, LIVEWIRE, WAFDO, WFA/C, BOSS, DCAS, MICROSOFT WORD, EXCEL, POWERPOINT, MS-DOS, LOTUS NOTES

**Job Title:** Service Representative

**Company/Department:** Bell Atlantic/Boston RMCC

**Dates From:** 07/1996    **To:** 08/1999

**Responsibilities**
Direct customer contact negotiating mutually satisfying payment arrangements to help customers avoid interruption of service. Also, worked on customers accounts to determine risk of fraud and contacted these customers to make them aware of unusual charges and verify these charges.

**Accomplishments**
I was a supervisor in the RMCC, coached new representatives on how to work certain worklists and also had the responsibility of being one of twp people in the office that maintained the Lotus Notes database for the RMCC. In addition to this, I handled elderly accounts and 746/1-Stops, which are for lost or misapplied customer payments within the RMCC.

**Technical Skills and Systems Knowledge**
CACS, BOSS, REDS, PREMIS, DOE, MICROSOFT WORD, EXCEL, POWERPOINT, MS-DOS, LOTUS NOTES

---

**Job Title:** Service Representative

**Company/Department:** Bell Atlantic/Boston FACC

**Dates From:** 06/1998    **To:** 09/1998

**Responsibilities**
Worked an intraline available for service representatives within Bell Atlantic and provided them with information concerning customers final accounts. Updated customers live phone accounts with final bill information by using Equifax forms and also worked return mail to ensure valid addresses.

**Accomplishments**
I was on loan from the RMCC while working in the FACC and during the three months I was in this position I successfully accomplished the responsibilities listed above.

**Technical Skills and Systems Knowledge**
DAKCS, CACS, BOSS, SOP, PREMIS, DOE, MICROSOFT WORD, EXCEL, POWERPOINT, MS-DOS, LOTUS

## Education

**School :** University of Massachusetts-Lowell

**City:** Lowell

**State:** MA

**Country:** United States of America

**Degree:** Bachelor of Science in Business Administration

**Major:** Marketing

**Second Major or Minor:** Minor-Economics

**Completed or Expected Date:** 01/1996

---

## Equivalent Work Experience or Other Relevant Training

Becoming a supervisor in the Boston RMCC displayed that I knew the responsibilities of my job and performed them well enough that management felt I could assist my co-workers in that position. I also took and passed the Bell Atlantic Management Test (BMAT/SJIC) back in January of 1998.

## Professional Licenses or Certificates

Bell Atlantic computer training courses: 1) Introduction to Lotus 2) Lotus Notes Applications 1 3) Excel 97 Training: 11/2000-Attendence Policy Overview-Marlboro, MA 06/2001-Attended Ventana website launch overview-125 High St.

## Relevant Non-Work Experience

Throughout my time as a team leader in the Boston NMC and as a student at UMASS-Lowell I delivered many group presentations which have helped me fine tune my public speaking skills. Since starting work at Bell Atlantic in 1996 I believe I have always conducted myself in a professional manner and have either met or exceeded any objectives put before me.

*To print your resume, click the browser printer icon on the tool bar. You can also copy the resume into a Word document for printing and future reference.*

> EDIT YOUR RESUME

### Guidelines For Building Your Bell Atlantic Resume

 **Bell Atlantic**    **Search    Contacts    Site Map**    **CORPORATE WIDE WEB**

Human Resources

**EXIT SYSTEM**

**RETURN TO MJO SYSTEM**

**VIEW YOUR RESUME**

**EDIT ENTIRE RESUME**

**EDIT CONTACT INFORMATION**

**EDIT SUPERVISORY EXPERIENCE**

**EDIT WORK EXPERIENCE**

**EDIT EDUCATION**

**EDIT EQUIVALENT WORK EXPERIENCE/ TRAINING**

# JANEEQUE BURTON

# 6 BOWDOIN SQ, BOSTON, MA 02114

## Contact #: (617)878-1780

### Career Objective

My career objective is to manage and develop my associates utilizing my knowledge and expertise gained through training and on-the-job experience. Thereby passing on my knowledge and expertise to my associates.

### Objective Steps

Experience in both Residence and Business servicing and order negotiation to provide me with the technical background to achieve my career goal. As an Acting Team Leader, I was a primary contact during the KPMG trial for Massachusetts. I'm a recentgraduate of Eastern Nazarene College (LEAD) program with a BA in Business Management. Since becoming a Team Leader in September 2000, I've implemented a FACS and PCD Error Correction Group for NMC-Digital. I also serve as the SPOC for internal and external issue with FACS and PCDs.

### Supervisory Experience

Supervised a maximum of: 14  associates or similar positions

Direct Subordinates: 14    Indirect Subordinates: 0

Managed a maximum of: 14  management personnel or similar positions

Direct Subordinates: 14    Indirect Subordinates: 0

### Current Work Experience

**Current Job Title:** TEAM LEADER

**Company/Department:** VERIZON SERVICES GROUP/BCSC SUPPORT

**Dates From:** 10/2000    **To:**Pres

**Current Supervisor:** Claudia D'Amato
**Supervisor Phone:** 617 570-9318

**Responsibilities**
Responsible for managing 14 associates who write unbundle DSL requests
for CLECs practicing the Methods & Procedures for entering request into
SOP in a timely manner to ensure that a 95% FOC performance is met.
Perform monthly WQAPs on associates for 90% accuracy or better to
ensure high quality manual service order processing. Provide feedback to
reps on quality checks and how to improve if needed. Communicate to reps
updates and changes to Methods and Procedures from Staff. Overseeing
the day to day operation of the Error Correction Group by pulling ACW,
RMDS, CEO, DCAS, and Dexter reports to clear errors. Serve as the SPOC
for assigned DLECs MediaLog/Network Plus, Choice One and MCI which
involves operational procedures, escalations and call-backs commitments.
This allows for quick responsiveness to DLEC inquires and ensures
consistent handling of customer's account. Hold monthly team meetings.
Provide off-line projects to reps and Update and review 1477's for each rep.

**Accomplishments**
Graduated in May 2001 with BA in Business Management. Successfully
implemented a FACS and PCD Error Correction Group. This was a huge
accomplishment for me because my team was mostly brand new reps and I
taught them all how to clear FACS and PCD errors. As a result, we became
a role model for other centers. Presented Overview of Error Correction
Group at Director's Staff Meeting, which was a big success.

**Technical Skills and Systems Knowledge**
Complete knowledge of SOP/Unison, Tirks, DCAS, WFADO, Requestnet,
Lotus Notes, Microsoft Word, Microsoft Excel, Livewire, NE Loop
Qualification system, RMDS, DEXTER, LSRM, SOP/DOE

---

## Previous Work Experience

**Job Title:** Service Representative

**Company/Department:** Bell Atlantic/TISOC-DSL

**Dates From:** 10/1999    To:10/2000

**Responsibilities**
Responsible for writing unbundle DSL requests for CLECs practicing the
Methods & Procedures for entering request into SOP. Review each CLEC
customer unbundling request to ensure that all necessary information has
been accurately provided. Call or send a query back to the CLEC to request
clarification or additional information if needed to process a customer's
request. Enter the CLEC's request into the appropriate system to properly
provision and bill the customer's request. Send confirmation notice tothe

CLEC customer providing them with the service order number, circuit, cable id, pair, and due date from completing the service request.

## Accomplishments
I coached new service reps coming into the Tisoc on how to write DSL orders according to the Methods and Procedures. I also worked on the test project for KPMG which allowed Bell Atlantic to get into the long distance market. I was also set up as acting Manager for six months.

## Technical Skills and Systems Knowledge
Complete knowledge of SOP/Unison, Tirks, DCAS, WFADO, Requestnet, Lotus Notes, Microsoft Word, Microsoft Excel, Livewire, NE Loop Qualification system

**Job Title:** Special Assistant

**Company/Department:** Bell Atlantic/SOEC-SS

**Dates From:** 01/1997    **To:**10/1999

## Responsibilities
While working as an order writer, I was responsible for knowing and practicing Methods & Procedures for formatting and entering complex special service requests into SOP. As well as verifying orders to make sure that they have been downloaded into Tirks, WFAC and WFADO and other provisioning systems. Verifying engineering information provided through CXRS and RDLOC. Additional responsibilities included identifying and correcting PCD errors, ESOI errors and TFAS memos, where there was a CPC or engineering discrepency.

## Accomplishments
SOEC-SS gave me the opportunity to learn the backbone of business servicing and provisioning and also the importance of timely implementation so customer requested due dates can be met on a daily basis. I also had the opportunity to experience the managerial aspects of the job for six months while back filling for a manager who was on medical leave.

## Technical Skills and Systems Knowledge
Complete knowledge of Methods & Procedures for complex business services such as Primary ISDN, Virtual ISDN, Flexpath, Frame Relay, T-1s, T-3s, 56K, non-ditigal Data services, Centrex Plus/Centrex (FPO, ISDN and Basic), P-Phones, Trunks (DINAs, TKNAs, etc..)

**Job Title:** Service Representative

**Company/Department:** NYNEX/HMC

http://mjo.bell-atl.com/Scripts/cgiclnt.exe/26ZJLEVKEPI2RYZF6YQ5C@KA/ND001_

**Dates From:** 10/1994  **To:** 01/1997

**Responsibilities**
Responsible for handling calls for residential customers and processing their requests through DOE and answering billing questions using BOSS. Diffusing irrate customers and resolving service issues. As a service rep I was also responsible for meeting monthly sales and adherence objectives.

**Accomplishments**
Being a Residential rep it gave me a chance to learn the systems that are used company wide and interact with other departments to resolve service effecting issues. Lastly, I mastered the skill of diffusing irrate customers and handling emergency situations.

**Technical Skills and Systems Knowledge**
Complete knowledge of DOE, SOP/Unison, BOSS, Lotus Notes, Lotus job aids, Premis

---

**Education**

**School :** Eastern Nazarene College

**City:** Quincy

**State:** MA

**Country:** USA

**Degree:** Bachelor of Arts in Management

**Major:** Business Management

**Completed or Expected Date:** 05/2001

---

**Equivalent Work Experience or Other Relevant Training**
Self and Team Management Skills training, Professional Communication, Principles of Management and Leadership, Organizational Behavior, Introduction to Information Management, Ethics for Business, Simmons College Leadership Conference, Labor Relations, Attendance Policy Overview, Coaching and Feedback, SOP/DOE, LSRM

*To print your resume, click the browser printer icon on the tool bar. You can also copy the resume into a Word document for printing and future reference.*

5

EXIT SYSTEM

RETURN TO
MJO SYSTEM

VIEW YOUR
RESUME

EDIT ENTIRE
RESUME

EDIT CONTACT
INFORMATION

EDIT
SUPERVISORY
EXPERIENCE

EDIT WORK
EXPERIENCE

EDIT
EDUCATION

EDIT
EQUIVALENT
WORK
EXPERIENCE/
TRAINING

# MALIKA T EDMONDS

# 6 BOWDOIN SQ, BOSTON, MA 02114

# Contact #: (617)878-1779

## Career Objective

To contribute to a dynamic organization utilizing the strong communication, organization and administrative skills I have aquired. I would like to achieve a higher level management position within a progressive organization such as The National Market Center.

## Objective Steps

I am currently a fulltime Team Leader striving to increase my business management skills to compete in telecommunications job market industry. I have placed myself in many different environments in order to gain a variety of knowledge in the Telcom Industry Field.

## Supervisory Experience

Supervised a maximum of: 14  associates or similar positions

Direct Subordinates: 14    Indirect Subordinates: 0

## Current Work Experience

**Current Job Title:** TEAM LEADER

**Company/Department:** VERIZON SERVICES GROUP/BCSC SUPPORT

**Dates From:** 10/2000   **To:** Pres

**Current Supervisor:** Claudia D'Amato
**Supervisor Phone:** 617-570-9318

## Responsibilities
Maintain and manage a successful team to deliver XDSL, LINESHARE and ISDN loops for CLECS. Planned, organized and implemented work process for reps. Monitor plans and processes regularly to ensure that results are on target. Single point of contact for CLEC to expedite and/or discuss

operational services and process issues. Managed call center consisting of nine reps for the office. Conduct monthly quality reviews as well as mid-year and end-year appraisals. Provide timely performance coaching and feedback to ensure employees receive appropriate training and development. Accurately maintain 1477's and weekly payroll to ensure proper activities for The Absence Control Plan Policies.

## Accomplishments

Developed tactical plans for call center. Part of design team for several office databases as well as primary overseer for vacation database. Maintained cooperative relationships with all levels of organization. Created win-win solutions for the customerby effectively negotiating process issues for orders. Assisted in maintaining job aids along with current methods and procedures for services offered to the customer. Organized and implemented projects with on time completion. Developed contingency plansin response to unforeseen difficulties.

## Technical Skills and Systems Knowledge

Operating Systems: MS-DOS 6.22, Windows 3.1, Windows for Workgroups, Windows 95, Windows 98 and OS/2. Software: Microsoft Office 97 word, excel.and powerpoint presentations, Lotus Notes Database; Lotus Notes Database Development,loop qualifications, Requestnet, Microsoft Internet Explorer as well as internal Bell Atlantic Systems (SOP NY AND NE, LIVEWIRE, DCAS/GUI, BOSS, WFADO NY AND NE, TIRKS, LSRM, SWITCH)

---

## Previous Work Experience

**Job Title:** Service Representative

**Company/Department:** BELL ATLANTIC/TELESELECTOR RESOURCES GROUP/NTWK INTER MARKETS

**Dates From:** 11/1999    **To:**09/2000

## Responsibilities

Process customer service request, loop qualifying ADSL, ISDN and LINESHARE circuits. Communicating with Clecs and assisting to resolve their order issues.

## Accomplishments

Coached peer reps as well as new hires on the job for ADSL, LINESHARE and ISDN services. Maintained current methods and procedures along with job aids for services offered

## Technical Skills and Systems Knowledge

same as above

---

**Job Title:** Special Assistant

**Company/Department:** Bell Atlantic/SOEC

**Dates From:** 08/1996    **To:** 11/1999

**Responsibilities**
Processed orders for the Large Business Offices(MCSC, LBS,MLAC,NAC)
Organized weekly analysis of Facs and PCD errors including percentile
from all possible causes. Maintained recent CSALS, Methods and
procedures as well as Job Aids.

**Accomplishments**
Coached peers on office procedures to ensure superior quality of customer
service orders. Also, represented the office as one of few liasons to the
Major Business Call Centers. reviewed peer work and provided feed back
and solutions to error free orders.

**Technical Skills and Systems Knowledge**
same as above

---

Education

**School :** Easten Nazarene College

**City:** Boston

**State:** MA

**Country:** USA

**Degree:** On going

**Major:** Business Management

**Completed or Expected Date:** 12/2002

---

Relevant Non-Work Experience
Kindergarten Teacher for Catholic Charities/Emmanuel House

*To print your resume, click the browser printer icon on the tool bar. You can also
copy the resume into a Word document for printing and future reference.*

EDIT YOUR RESUME



Bell Atlantic | ⑦Search  ⑦Contacts  ⑦Site Map | ⊞⊞⊞⊞ **CORPORATE WIDE WEB**

Human Resources

# JEAN M FREEMAN

# 6 BOWDOIN SQ, BOSTON, MA 02114

# Contact #: (617)570-9809

**EXIT SYSTEM**

**RETURN TO MJO SYSTEM**

**VIEW YOUR RESUME**

**EDIT ENTIRE RESUME**

**EDIT CONTACT INFORMATION**

**EDIT SUPERVISORY EXPERIENCE**

**EDIT WORK EXPERIENCE**

**EDIT EDUCATION**

**EDIT EQUIVALENT WORK EXPERIENCE/ TRAINING**

## Career Objective

To maintain a Team Leader position and take the knowledge and expertise which I have mastered and use them to coach and develop Service Representatives.

## Objective Steps

I have taken several company offered courses to enhance my management skills like Time and Priority Management and Labor Relations.

## Supervisory Experience

Supervised a maximum of: 20  associates or similar positions

Direct Subordinates: 20    Indirect Subordinates: 125

Managed a maximum of: 3  management personnel or similar positions

Direct Subordinates: 3    Indirect Subordinates: 25

## Current Work Experience

**Current Job Title:** TEAM LEADER

**Company/Department:** VERIZON SERVICES GROUP/NTWK INTER MKTS

**Dates From:** 06/2000    **To:**Pres

**Current Supervisor:** Henry P Pilat
**Supervisor Phone:** 617 570-9600

## Responsibilities

Develop a high performance team with the use of Wholesale Quality Appraisal Process to ensure accuracy rate of 95% is maintained. Use daily

quality sheet to spot check orders and provide positive feedback immediately to representatives. Utilize tools available like Dexter, Sop Report 009, PCD's and FACS Errors. Maintaining these reports helps the center monitor our level of PCD's and ESOID's. Utilize process to verify CLEC cage discrepencies. Working with the other effected groups in the provisioning process via Lotus Notes, before requesting a disconnect from the CLEC. Monitor and distribute work to representatives from Request Manager, Provisioning Database and the Follow -up Jeopardy Database.

## Accomplishments

Successfully delivered XDSL service and Linesharing according to methods and procedures set forth by staff. Maintain a team average above the 95% for service order accuracy. Work as part of a team to resolve an issue of 15,000 outstanding ProvisioningNotices that needed to be sent to the Clec's. Established a working relationship with CLPC to accomodate executive appeals for linesharing and XDSL Loops. Provided VADI with a resolution to remove over 3,000 duplicate pon's that were submitted in error.Set up a Jeopardy Database to send the Clec a notice when their service request is in jeopardy. Resolved VADI's issue of not being able to processs over 2,000 PON's.- These PON's were being queried back to them up front from a system edit. I worked with their systems people and found a way to get the PON to drop out for manual assistance. Coordinate with Badi conversion order problems. Work with the team from the core side of the house to fix records and advise Vadi of any discrepancy's. Identified new opportunities for Level 5 automation. Provide the DLEC's with assistance to achieve a high level of (Level- 5) order processing. Use of the Pre-Qual tools as well as correcte LSR input results in immediate FOC..

## Technical Skills and Systems Knowledge

Experience in Microsoft Word, and Excel. Knowledge of Tariffs, Methods & Procedures, Bell Atlantic product/service offerings and the supporting customer contact Systems. Boss, Doe, Obl, Obx, Sop, Min, Mod, Rep, Can, Tirks, Wafado, Wafac, Starmem, Dexter, Web-Gui, Request Manager, Dcas. Requestnet, Loop Qual Database

## Previous Work Experience

**Job Title:** Service Representative

**Company/Department:** Bell Atlantic/BCSC

**Dates From:** 12/1997   **To:**06/2000

## Responsibilities

To act as a single point of contact for large business customers. Handle all requests for billing, provisioning. Implement both simple and complex business service without close supervision. Handle all escalations when necessary to the next two levelsof management.

## Accomplishments

I have been able to maintain Fleet Bank which is a high volume account. Install centrex service in multiple locations, install ISDN and complex business services. I have accurately issued service orders for various projects such as a Billing Project processing over 4500 service orders. . Through continious follow up I have been able to achieve a high average of service orders meeting due dates. resulting in an extremly satisfield customer.

## Technical Skills and Systems Knowledge

Experience in Microsoft Word and Excel. Knowledge of Tariffs, Methods & Procedures, Verizon products/service offereings and the supporting customer contact systems. Boss, Doe, Obl, Obx, Sop, Min, MOd, Rep, Can, Tirks, Wafado, Wafac, Starmem, Dcas, Request Manager, Web-Gui.

---

**Job Title:** Sales Manager

**Company/Department:** Bell Atlantic/General Business Sales Department

**Dates From:** 07/1997    **To:**12/1997

## Responsibilities

Maintenance of 1477, Payroll, observations, input for district observation report, making sure representatives meet their commitments and follow up. Checking orders to ensure accuracy. Handle take overs from System Administrators when they need to be escalated to a higher level. Handle presidential appeals. Work as part of a Sales Management Team to coach and motivate Service Representatives to excell in their sales and service position.

## Accomplishments

Coach and develop 4 newly hire representatives. Meeting Sales and Service objectives for 1999.

## Technical Skills and Systems Knowledge

Experience in Microsoft Word, Excel, Knowledge of Tariffs, Methods and Procedures, Bell Atlantic products/service offerings and the supporting customer contact system. Boss, Sop, Wafado/Wafac, Tirks, Min, Mod, Can, Livewire, Starmem, Obl, Mod, Acd call center system.

---

**Job Title:** Select Representative

**Company/Department:** Bell Atlantic/General Business Sales Department

**Dates From:** 10/1986    **To:**07/1997

## Responsibilities

To effectively handle 20-25 dedicated accounts. To act as a single point of contact for Business Customers to call within Bell Atlantic. To Sell and maintain Centrex Plus, Trunks, Special Designed circuits, Data Circuits, Basic ISDN Service and basic business lines. >

## Accomplishments

Boston Red Sox: Installed over 100 telephone lines to cover playoff games. Coordinated, internally, all installation requirements. Cas Medium Advocate: Program was implemented to prepare customers for the establishment of the Bell Atlantic Account Team Centers. To act as a Single Point of Contact for over 1500 medium sized business customers with annual revenue of over $40,000. Resolve any issues/handle escalations for the customer> Peer Coaching: Member of the Peer Coaching Team which was created to help peers improve their performance in order negotation, selling, servicing, and system usability.> Customer Advocacy Group: Handle escalated service requests for Business customers including requests for expedited installations, missedappointments, and incorrectly provisioned products and services. Handled irate customers professionally.> Set up Sales Manager: Handled escalations from the System Administrators, handled attendance, payroll, and 1477 forms, coached and developedby performing observations and providing constructive feedback. Force Manager: Balanced load in order to meet/exceed service level objectives, including scheduling for the Service Representatives.>> System Administrator Handled escalations from irate customers and resolved problems in a timely fashion. Answer quick or complex quesitons for service Representatives.> Listings: Part of an unsupervised unit responsible for processing Nation White Page Listing Forms for Business customers with National Yellow Page Advertising. Coordinated Residential and Business listings.> NEW VIEW: Time and Motion Study Observe Representatives and Service Order Writers in New York and New England in order to gather data to be used to analyze futurecost benefits of the NEW VIEW System. Central Office Conversion: Worked with the Network Consultants to ensure billing on Business accounts was in sync with the records in the legacy systems in order to avoid a loss in service during the conversion. Vendor Services Part of a self managed unit responsible for handling outside vendor requests. Sail Boston 1992: Part of a self directed team responsible for coordinating the telecommunications needs of customers such as public safety agencies, media/broadcasting agencies, operational support groups and corporate sponsors. Identified individuals from multiple departments to participate on the subcommittee which was responsible for identifying potential roadblocks. Worked closely with the Account Executives and Network Consultants to develop the Centrex system. Established a service order process that would ensure accommodation for all customers. Established time tables in order to meet service requirements and performed necessary followup to ensure committments were met. Boston Red Sox Playoffs: Single Point of Contact for setting up media/broadcasting lines.

## Technical Skills and Systems Knowledge

Full Knowledge of Bell Atlantic Products /Services. Full knowledge of Bell Atlantic Systems, Boss, Doe, Tirks, Wafado, Wafac, Sop, Min, Mod, Can, Rep, Obl, Obx, Starmem, Microsoft Word, Microsoft Excel

## Education

**School :** Bunkerhill Community College

**City:** Boston

**State:** MA

**Country:** USA

**Degree:** Associates

**Major:** Office Administration

**Completed or Expected Date:** 12/2000

## Equivalent Work Experience or Other Relevant Training

Acting Sales Manager General Business Sales Center, Select Sales & Service Representative General Business Sales Center, Retail Assistant Store Manager, Store Manager in Retail Store. Cas Medium Advocate, Peer Coaching, Customer Advocacy Group, Set up Sales Manager, System Administrator, Listings, NewView Time and Motion Study, Central Office Conversion Project, Vendor Services, Sail Boston 1992 Project, Boston Red Sox Playoffs.

*To print your resume, click the browser printer icon on the tool bar. You can also copy the resume into a Word document for printing and future reference.*

EDIT YOUR RESUME

Guidelines For Building Your Bell Atlantic Resume

⊕Bell Atlantic   ⩗Search ⩗Contacts ⩗Site Map   ▓▒ CORPORATE WIDE WEB

Human Resources

EXIT SYSTEM

RETURN TO
MJO SYSTEM

VIEW YOUR
RESUME

EDIT ENTIRE
RESUME

EDIT CONTACT
INFORMATION

EDIT
SUPERVISORY
EXPERIENCE

EDIT WORK
EXPERIENCE

EDIT
EDUCATION

EDIT
EQUIVALENT
WORK
EXPERIENCE/
TRAINING

# BRENDA E JOY

# 6 BOWDOIN SQ, BOSTON, MA 02114

# Contact #: (617)570-9721

## Career Objective

To further my experience in the wholesale market of Verizon and maintain my team leader position in the National Market Center.

## Objective Steps

Meet with customers to understand needs and concerns to maintain Market Center accessibility. Maintain quality of orders issued by Associates. Work with staff to improve/develop new methods and procedures. Deliver appraisals and performance feedback in a timely manner. Improve communications via team meetings. Attended the following classes to help develop skills: Performance Appraisal Workshop, Time & Priority Management, Coaching and Feedback Skills, Conflict Management, and Attendance Policy Overview.

## Supervisory Experience

Supervised a maximum of: 16  associates or similar positions

Direct Subordinates: 13   Indirect Subordinates: 0

## Current Work Experience

**Current Job Title:** TEAM LEADER

**Company/Department:** VERIZON SERVICES GROUP/NTWK INTER MKTS

**Dates From:** 06/2000   **To:**Pres

**Current Supervisor:** Henry P Pilat
**Supervisor Phone:** 617 570-9600

## Responsibilities
Currently responsible for updating 1477's, Associates weekly payroll,

7/10/2001 7:48 AM

monitoring the work volume of Associates to meet Firm Order Committments. Responsible for appraisals and performance feedback. Ensure adherence to absence, safety and diversity plans. Ensure that Associates receive appropriate training and development. Provide customer with updates/responses. Escalate issues for Market Center accounts..

### Accomplishments
Trained new employees in FMLA procedure. Coordinated Take Your Children to Work Day, June, 2001. Organized and implemented the following for Clecs: Harvardnet Migration to Conversent, Prism Disconnects, DBI Migration to Conversent, ZDUL Project,Vitts Disconnects.

### Technical Skills and Systems Knowledge
Tirks, Unison (Sop-NY,NE), Live Wire, Lotus, Word, Excel, WAFA, DCAS, Request Manager. Interface w/MLAC, CLPC, RCCC, Engineering, RCMC

---

## Previous Work Experience

**Job Title:** Acting Manager

**Company/Department:** Verizon/DSC-ISDN Group

**Dates From:** 6/1999   **To:** 6/2000

### Responsibilities
Responsible for supervising Associates processing orders for ISDN. Maintained Associates measurements and goals. Developed ability to coach and provide feedback to Associates. Transitioned and completed training for new Associates on ISDN. Distributed, assigned, and monitored the work volume of Associates. Responsible for 1477's, weekly payroll and appraisals.

### Accomplishments
Organized and implemented the following projects for ISDN activity: Grand Union, Triple A and Ultra Net. Implemented new guidelines for processing orders.

### Technical Skills and Systems Knowledge
TIRKS, UNISON, PHOENIX, BRIAN, PREMIS, BOSS, LOTUS, WORD, EXCEL, WAFA. Interfaced with SOEC, MLAC, RCMAC, ENGINEERING, 7 DISPATCH, CPC, DBT.

---

## Equivalent Work Experience or Other Relevant Training
DSC - May 1999-June 2000 - Acting Manager, DSC - May 1998-May 1999 - Associate, RSC - May 1995 - May 1998 - HMC- Sales Associate/Customer Service Representative, ACC - May 1994 - May 1995 - Account Collection

Representative, RSC - Aug 1990 - May 1994 - Service Representative, IMC - March 1986 - Aug 1990 - Clerk - Installation Maintenance Center, Repair

*To print your resume, click the browser printer icon on the tool bar. You can also copy the resume into a Word document for printing and future reference.*

> EDIT YOUR RESUME

Guidelines For Building Your Bell Atlantic Resume

7/10/2001 7:48 AM

 Luigi L Leone
07/09/2001 09:03 PM

Sent by: Luigi L Leone

To:     Henry Pilat/EMPL/MA/Bell-Atl@VZNotes
cc:
Subject: Resumes

Hank,

I was able to access my resume on-line...

When do you need the hard copy? If it doesn't need to be in a formal resume format, see copy below. If you need formal resume, let me know. I have a Word file at work...

Below is a copy of my on-line resume:

### LUIGI LEONE

### 6 BOWDOIN SQ, BOSTON, MA 02114

#### Contact #: (617)570-9380

Career Objective

To obtain a position that requires me to apply my analytical skills, technical knowledge, and problem solving abilities to solving complex business problems.


Objective Steps

Supervisory Experience

Supervised a maximum of: 21  associates or similar positions

Direct Subordinates: 15   Indirect Subordinates: 0

Current Work Experience

Current Job Title: TEAM LEADER

Company/Department: VERIZON SERVICES GROUP/NTWK INTER MARKETS

Dates From: 07/2000    To:Pres

Current Supervisor: Hank Pilat
Supervisor Phone: 617-570-9600

Responsibilities
Team Leader in the xDSL TISOC orginization. Insure team maintains an above

95% service order accuracy. Supervise 15 reps. Single point of contact for the customer (CLEC). Communicate with downstream provision groups to insure LSR request met date due. Enforce/Review methods & procedures updates/changes from staff with the team to insure service requirements were followed. Improve communications via team meetings. Insure adherence to Absence, Safety and Diversity plans.

Accomplishments
Instrumental in developing, planning and implementing enhancements to the TISOC work process. Reduced the average service rep time for processing of XDSL & Line Share order an average of 5 minutes each. Introduced on line job aids for a quick and easy reference guide for rep and Team Leader use. Recommended the establishment of a CLEC SBN database which eliminated the need for reps to go into mulitple systems to verify CLEC SBNs when processing orders. Implemented Lotus Notes Databases to facilitate administrative duties, help direct workforce, maintain a job aid for the center. Notes databases implemented in the center are as follows: -xDSL Time Off -xDSL Force -TISOC Team Implemented similar databases down in Chesapeake, VA.

Technical Skills and Systems Knowledge
SystemS: LSRM,SOP,LFACS,TIRKS,LIVEWIRE,SWITCH,WFA-DO · Project Leadership, Management, & Communications · Project Management Applications · Litespan 2000 Install, Turn-Up, & Acceptance · Air Pressure Engineering · IBM LAN Server Administration · Lotus Notes System Administration I&II · Lotus Notes Application Development I&II · Novell Certification


Previous Work Experience

Job Title: TEAM LEADER

Company/Department: VERIZON SERVICES GROUP/NTWK INTER MARKETS

Dates From: 07/2000    To:Pres

Responsibilities
Team Leader in the xDSL TISOC orginization. Insure team maintains an above 95% service order accuracy. Supervise 15 reps. Single point of contact for the customer (CLEC). Communicate with downstream provision groups to insure LSR request met date due. Enforce/Review methods & procedures updates/changes from staff with the team to insure service requirements were followed. Improve communications via team meetings. Insure adherence to Absence, Safety and Diversity plans.

Accomplishments
Instrumental in developing, planning and implementing enhancements to the TISOC work process. Reduced the average service rep time for processing of XDSL & Line Share order an average of 5 minutes each. Introduced on line job aids for a quick and easy reference guide for rep and Team Leader use. Recommended the establishment of a CLEC SBN database which eliminated the need for reps to go into mulitple systems to verify CLEC SBNs when

processing orders. Implemented Lotus Notes Databases to facilitate administrative duties, help direct workforce, maintain a job aid for the center. Notes databases implemented in the center are as follows: -xDSL Time Off -xDSL Force -TISOC Team Implemented similar databases down in Chesapeake, VA.

Technical Skills and Systems Knowledge
SystemS: LSRM,SOP,LFACS,TIRKS,LIVEWIRE,SWITCH,WFA-DO · Project Leadership, Management, & Communications · Project Management Applications · Litespan 2000 Install, Turn-Up, & Acceptance · Air Pressure Engineering · IBM LAN Server Administration · Lotus Notes System Administration I&II · Lotus Notes Application Development I&II · Novell Certification

Job Title: Specialist

Company/Department: Bell Atlantic/OSP Eng.

Dates From: 08/1996    To:07/2000

Responsibilities
· Technical staff support manager providing technical writing of Methods and Procedures for new Outside Plant Technology; as well as implementation and user support for LAN, Microsoft Office, and Lotus products. · Researched, create, and write operating/ provisioning method & procedures for Outside Plant & Engineering (Infrastructure). · Supported existing Technology along with New Technologies, revenue producing services, process Improvements and regulatory mandates. · Standardized document delivery by developing and implementing distribution via Intranet · Researched and identify the most effective operating and provisioning procedures, identify nonstandard procedures, and assist with initial implementation of new technologies using this documentation. · Managed process improvement deployments, regulatory mandates, and technically, economically and efficiently appropriate revenue producing services. · Responsible for research, verification, and writing complex technical data in clear, concise format; and for electronic publication of documentation. · Responsible for accomplishing and documenting all migration of various technical writing databases to Lotus native format. · Provided support to line personnel and staff members within marketing, engineering, regulatory, and other departments. Also interface with vendors regarding availability/feasibility of new technologies.

Accomplishments
Assisted other departments with establishing M&P databases on the Corporate Web and in Lotus Notes. Created and issued documents on-line, maintained the FMC M&P Notes site. Maintained several Notes Applications, including the LQ database, the Street Address Guide form and the LFACS hotline database. Worked with vendor and peers to create business processes to support core business applications and Verizon's 271 Long Distance Filing with the FCC. Produced standards/methods to guide field engineers andsupport personnel in the use of new technologies such as AccessNode and Litespan and order fulfillment for new services such as ADSL, line sharing and two wire HDSL.

Technical Skills and Systems Knowledge
· Project Leadership, Management, & Communications · Project Management
Applications · Litespan 2000 Install, Turn-Up, & Acceptance · Air Pressure
Engineering · IBM LAN Server Administration · Lotus Notes System
Administration I&II · Lotus Notes Application Development I&II · Novell
Certification


Education

School : Eastern Nazarene College

City: Boston

State: MA

Country: USA

Degree: Undergraduate

Major: Bachelor Degree in Business

Completed or Expected Date: 05/1999


Equivalent Work Experience or Other Relevant Training
· Project Leadership, Management, & Communications · Project Management
Applications · Litespan 2000 Install, Turn-Up, & Acceptance · Air Pressure
Engineering · IBM LAN Server Administration · Lotus Notes System
Administration I&II · Lotus Notes Application Development I&II

Language Proficiencies
Italian

---------------------- Forwarded by Luigi L Leone/EMPL/MA/Bell-Atl on 07/09/2001 08:58 PM ------------------------

To:         Mgr's TEAM
cc:
From:       Claudia D'Amato/EMPL/MA/Bell-Atl
Date:       07/09/2001 04:30:47 PM
Subject:    Resumes

It has come to Hank's and my attention that our friends in the South who updated their resumes
have not been able to go back in to retrieve the information they updated.  Please go in and verify
if the information you recently input is available on line.  Also, please retain a hard copy for
yourselves.  Hank's team leads need  to give him a hard copy of their resumes and my team leads
need to give me a hard copy of theirs.

Please let me and Hank know if you go in and your information is not there as soon as possible.

 **Bell Atlantic**

∇ Search   ∇ Contacts   ∇ Site Map                    CORPORATE WIDE WEB

Human Resources

# ROY E PETERSON

# 6 BOWDOIN SQ, BOSTON, MA 02114

# Contact #: (617)878-1778

EXIT SYSTEM

RETURN TO
MJO SYSTEM

VIEW YOUR
RESUME

EDIT ENTIRE
RESUME

EDIT CONTACT
INFORMATION

EDIT
SUPERVISORY
EXPERIENCE

EDIT WORK
EXPERIENCE

EDIT
EDUCATION

EDIT
EQUIVALENT
WORK
EXPERIENCE/
TRAINING

## Career Objective

TO ADVANCE MY CAREER WITHIN VERIZON.

## Objective Steps

I HAVE BEEN A TEAM LEADER SINCE OCTOBER OF 2000.

## Supervisory Experience

Supervised a maximum of: 18  associates or similar positions

Direct Subordinates: 18    Indirect Subordinates: 0

## Current Work Experience

**Current Job Title:** TEAM LEADER

**Company/Department:** VERIZON SERVICES GROUP/BCSC SUPPORT

**Dates From:** 10/2000    **To:**Pres

**Current Supervisor:** CLAUDIA D'AMATO
**Supervisor Phone:** 617-570-9318

**Responsibilities**
Managing a Team of 14 Service Representatives. Customer Focus: Meet
with customers and understand their need and concerns. Communicate
often through operational meetings and conference calls. Quality process
Enhance/ Maintain center quality of orders issued. Appraisals and
performance feedback delivered according to schedules. Development plans
prepared and implemented as well as evaluated at appraisal time. Improve
communications via team meetings. Insure adherence to Absence, Safety
and Diversity plans.

**Accomplishments**
Point of contact for Allegiance Telecom, AT&T, Focal Communications and

:r Resume
http://mjo.bell-atl.com/Scripts/cgiclnt.exe/KKG6A64VLZNCRCJJ6U6XLDQN2/ND001__

Qwest Communications. Work closely with representatives and management to overcome problems and daily issues. Assist other CLEC's for any issues for my reporting people. Presentingchanges in methods and procedures to the representatives to ensure clear understanding of new practices, products and services. Daily check of service orders to maintain quality work. Monthly WQAP's and internal qualities. Feedback to representatives.Sending problems with facility issues to Collocation group. Worked with CLEC's regarding inventory issues. Explain to CLECs the importance of correct information sent to the NMC. 1477's reviewed and updated on a daily basis. Weekly team meetings. Explained Absence policy. Organizes and implements work/projects with on-time completion. Provides clear direction and influences others toward achievement of goals. Worked closely with project management for migration orders for the following CLEC's Northpoint, Conversant, DSL net, Harvardnet, Vitts and Choice One.

**Technical Skills and Systems Knowledge**
Knowledge of UNISON/SOP, BMEX, TIRKS, WAFA, LIVEWIRE, LOTUS NOTES, DCAS, LSRM AND REQUESTNET. I am confident in my knowledge of these systems.

---

**Previous Work Experience**

**Job Title:** Service Representative

**Company/Department:** Verizon/Tisoc

**Dates From:** 07/1999   **To:**09/2000

**Responsibilities**
Product and service knowledge. Computer literacy. Network/technical knowledge. Proficiency in using tools and equipment. Fact finding/information gathering. Prioritizing and planning of work activities in order to complete work on time. Ability to follow oral and written instructions.

**Accomplishments**
Subject Matter Expert for Linesharing. Held features for the entire office on new procedures. Answered all questions regarding linesharing. Held training sessions on policy and order writing procedures. Single point of contact for the CLEC's regarding linesharing orders.

**Technical Skills and Systems Knowledge**
Knowledge of UNISON/SOP, BMEX, TIRKS, WAFA, LIVEWIRE, LOTUS NOTES, DCAS, LSRM AND REQUESTNET. I am confident in my knowledge of these systems.

---

**Job Title:** Service Representative

7/10/2001 3:41 PM

**Company/Department:** Verizon/Data Services Center

**Dates From:** 02/1996   **To:**07/1999

**Responsibilities**
Product and service knowledge. Computer literacy. Network/technical
knowledge. Proficiency in using tools and equipment. Fact
finding/information gathering. Prioritizing and planning of work activities in
order to complete work on time. Ability to follow oral and written instructions.

**Accomplishments**
Subject Matter Expert in the Data Services Center. Acting Manager for 6
months. Worked hard within the organization and was rewarded with the
opportunity to become an acting manager. Worked closely with
management to complete on time work and give our customers the best
quality work.

**Technical Skills and Systems Knowledge**
Knowledge of Unison/Sop, Boss, Wafac, Wafado, Osslog, Ossoi, Premis,
Lmos, Lotus, BRIAN, DEXTER.

---

## Education

**School :** NORTH QUINCY HIGH

**City:** QUINCY

**State:** MA

**Country:** USA

**Degree:** HIGH SCHOOL DIPLOMA

---

## Equivalent Work Experience or Other Relevant Training
Completed 2 years at Umass/ Boston. Attended LEAD program at Eastern
Nazarene College.

## Relevant Non-Work Experience
Worked for The Bank Of Boston. I held a position of supervisors assistant
where I had the responsibility of the work force and work load distribution.

*To print your resume, click the browser printer icon on the tool bar. You can also
copy the resume into a Word document for printing and future reference.*

| EDIT YOUR RESUME |
| --- |



**@Bell Atlantic**   ⑦Search  ⑦Contacts  ⑦Site Map

**CORPORATE WIDE WEB**

Human Resources

EXIT SYSTEM

RETURN TO
MJO SYSTEM

VIEW YOUR
RESUME

EDIT ENTIRE
RESUME

EDIT CONTACT
INFORMATION

EDIT
SUPERVISORY
EXPERIENCE

EDIT WORK
EXPERIENCE

EDIT
EDUCATION

EDIT
EQUIVALENT
WORK
EXPERIENCE/
TRAINING

# PATRICK T PODOLSKE

# 6 BOWDOIN SQ, BOSTON, MA 02114

# Contact #: (617)570-9756

## Career Objective

I am seeking a challenging career in a professional environment which rewards innovation and encourages personal growth.

## Objective Steps

I apply myself to overcome any challenge. I aspire to be a quality employee and a role model for my peers, and am always available to assist a fellow employee or Manager.

## Supervisory Experience

Supervised a maximum of: 105  associates or similar positions

Direct Subordinates: 16   Indirect Subordinates: 89

## Current Work Experience

**Current Job Title:** TEAM LEADER

**Company/Department:** VERIZON SERVICES GROUP/NTWK INTER MKTS

**Dates From:** 04/1999   **To:**Pres

**Current Supervisor:** Henry P Pilat
**Supervisor Phone:** 617 570-9600

## Responsibilities

My primary responsibility is to lead a team of Service Representatives in the National Market Center (formerly TISOC), provisioning circuits for Clecs/Wholesalers of ISDN, xDSL products and lineshare. I work closely with the CLEC and intracompany departments, Engineering, MLAC, LDMC, CLPC & CCSC to ensure we are processing the CLEC requests per the established methods and procedures. SPOC for xDSL produdct offerings,

representing the Digital Market Center in the state of Massachussetts filing to be a long distance provider.

## Accomplishments
Creating and maintaining templates in SOP/UNISON so service orders can be input in a standard format, to ensure order accuracy. Was called upon by my Director to assist with the opening of a new National Market Center in the state of Virginia. Met or exceeded all measurement requirements. Have assisted with the training of new Associates, currently assisting VZ Training department in the DCAS/LSRM and Loop Qual Process for DSL/ISDN loops.

## Technical Skills and Systems Knowledge
I am skilled in SOP/Unison, Doe, Sop/Doe, Boss, Icris, Premis, Tirks, DLRL, LMOS, DCAS, Request Manager, Lotus , Word, Excel and RequestNet.

---

## Previous Work Experience

**Job Title:** TEAM LEADER

**Company/Department:** VERIZON SERVICES GROUP/NATIONAL MARKET CENTER

**Dates From:** 04/1999    **To:**05/2001

### Responsibilities
My primary responsibility is to lead a team of Service Representatives in the National Market Center (formerly TISOC), provisioning circuits for Clecs/Wholesalers of ISDN, xDSL products and lineshare. I work closely with the CLEC and intracompany departments, Engineering, MLAC, LDMC, CLPC & CCSC to ensure we are processing the CLEC requests per the established methods and procedures. SPOC for xDSL produdct offerings, representing the Digital Market Center in the state of Massachussetts filing to be a long distance provider.

### Accomplishments
Creating and maintaining templates in SOP/UNISON so service orders can be input in a standard format, to ensure order accuracy. Was called upon by my Director to assist with the opening of a new National Market Center in the state of Virginia. Met or exceeded all measurement requirements. Have assisted with the training of new Associates, currently assisting VZ Training department in the DCAS/LSRM and Loop Qual Process for DSL/ISDN loops.

### Technical Skills and Systems Knowledge
I am skilled in SOP/Unison, Doe, Sop/Doe, Boss, Icris, Premis, Tirks, DLRL, LMOS, DCAS, Request Manager, Lotus , Word, Excel and RequestNet.

**Job Title:** Service Representative

**Company/Department:** Bell Atlantic/GBSC

**Dates From:** 10/1996    **To:** 04/1999

**Responsibilities**
Receiving incoming calls from small business customers in need of products, assistance with interpretation of their bill, adding or changing their business listing in the white and yellow pages. Meeting sales objective and providing accurate informationto the customer.

**Accomplishments**
Set up as Acting Manager for Bell Atlantic, Responsibilities included people management, motivation, sales objectives and reaching office objectives.

**Technical Skills and Systems Knowledge**
BOSS, SOP, DOE, PREMIS, DLR, WAFA, LOTUS, WORD

---

Education

**School :** Hyde Park High School

**City:** Boston

**State:** Ma

**Country:** USA

**Degree:** Diploma

---

*To print your resume, click the browser printer icon on the tool bar. You can also copy the resume into a Word document for printing and future reference.*

EDIT YOUR RESUME

Guidelines For Building Your Bell Atlantic Resume

http://mjo.bell-atl.com/scripts/cgicint.exe/B7I4DT0KKNXGR1UUX9XWC4XI9F/ND001__

 **Bell Atlantic**    Search    Contacts    Site Map    **CORPORATE WIDE WEB**

Human Resources

# Susan C Rober

# 6 BOWDOIN SQ, BOSTON, MA 02114

# Contact #: (617)570-9722

EXIT SYSTEM

RETURN TO
MJO SYSTEM

VIEW YOUR
RESUME

EDIT ENTIRE
RESUME

EDIT CONTACT
INFORMATION

EDIT
SUPERVISORY
EXPERIENCE

EDIT WORK
EXPERIENCE

EDIT
EDUCATION

EDIT
EQUIVALENT
WORK
EXPERIENCE/
TRAINING

## Career Objective

My objective is to secure a challenging position within the company which will enable me to effectively utilize my previous management skills and provide the opportunity for professional development.

## Objective Steps

-Displays a hard working persistence -Displays strong work values -Faces conflict with confidence -Displays positive attitude toward job and others -Responds quickly to feedback

## Supervisory Experience

Supervised a maximum of: 125  associates or similar positions

Direct Subordinates: 125    Indirect Subordinates: 0

Managed a maximum of: 5  management personnel or similar positions

Direct Subordinates: 5    Indirect Subordinates: 0

## Current Work Experience

Current Job Title: TEAM LEADER

Company/Department: VERIZON SERVICES GROUP/NTWK INTER MKTS

Dates From: 09/1999    To:Pres

Current Supervisor: HENRY P PILAT
Supervisor Phone: 617 570-9722

## Responsibilities
To deliver products to wholesale customers at a parity level. To insure all

measuremant requirements are met on a daily basis. To be able to respond to all customer requests in a timely fashion. To be able to work with peers and staff to develope new methods and procedures. To develope all Team members to their best potential through such tools of daily, weekly and monthly reviews. To provide coaching and training as a developmental tool. To establish a basic network of support with other organizations that impact NMC organization.

## Accomplishments
By the use of daily, weekly and monthly reviews exceeded monthly quality objective of 95% and attained and maintained a year end results of 96%. In receipt of customer and intra company letters of commendation regarding the timely and outstanding customer service. I am the Single point of contact for designated accounts, NPCM, NASS, NWPS & AT&T. I attended a Vendor Meet in San Fransico, Ca. in an effort to introduce myself to my client and provide a solid network of support and troubleshooting. I created individual plans designed to assist each team member with self development goals. I created a job aid that provided a step by step process to assist reps with the verification of service order accuracy. Created solid relationships with other organizations NY and the NE CLPC, NY CPC, NJ CCSC to ensure an expeditious resolution to customer and service order related issues. The basic foundation of a support network is a direct result of the intra company relationships that I have helped establish.

## Technical Skills and Systems Knowledge
Working knowledge of SOP, DOE, PREMIS, WAFADO,WFAC, TIRKS, LIVEWIRE, REQUESTNET, BMEX, SWITCH, ICRIS and Starmem I also have a basic knowledge and understanding of Lotus Notes, Powerpoint, Word, and Excel.

---

## Previous Work Experience

**Job Title:** TEAM LEADER

**Company/Department:** VERIZON SERVICES GROUP/NTWK INTER MKTS

**Dates From:** 09/1999    **To:**Pres

## Responsibilities
To deliver products to wholesale customers at a parity level. To insure all measuremant requirements are met on a daily basis. To be able to respond to all customer requests in a timely fashion. To be able to work with peers and staff to develope new methods and procedures. To develope all Team members to their best potential through such tools of daily, weekly and monthly reviews. To provide coaching and training as a developmental tool. To establish a basic network of support with other organizations that impact NMC organization.

## Accomplishments

By the use of daily, weekly and monthly reviews exceeded monthly quality objective of 95% and attained and maintained a year end results of 96%. In receipt of customer and intra company letters of commendation regarding the timely and outstanding customer service. I am the Single point of contact for designated accounts, NPCM, NASS, NWPS & AT&T. I attended a Vendor Meet in San Fransico, Ca. in an effort to introduce myself to my client and provide a solid network of support and troubleshooting. I created individual plans designed to assist each team member with self development goals. I created a job aid that provided a step by step process to assist reps with the verification of service order accuracy. Created solid relationships with other organizations NY and the NE CLPC, NY CPC, NJ CCSC to ensure an expeditious resolution to customer and service order related issues. The basic foundation of a support network is a direct result of the intra company relationships that I have helped establish.

## Technical Skills and Systems Knowledge

Working knowledge of SOP, DOE, PREMIS, WAFADO,WFAC, TIRKS, LIVEWIRE, REQUESTNET, BMEX, SWITCH, ICRIS and Starmem I also have a basic knowledge and understanding of Lotus Notes, Powerpoint, Word, and Excel.

---

**Job Title:** CUSTOMER SERVICE MANAGER

**Company/Department:** STOP & SHOP/MANAGEMENT

**Dates From:** 07/1979   **To:**11/1999

## Responsibilities

Responsible for forcasting the weekly work schedules. Preparing and completing the payroll on a weekly basis. To identify customer effecting problems and provide immediate solutions. To close the stores on a nightly basis and ensure that all health codes met all requirements. To receive daily deliveries and verifiy counts to be accurate with corresponding delivery paperwork.To create a work environment that was both efficient yet projected a high morale. Responsible for all of the monies and receivableson a daily basis.

## Accomplishments

The company's goal was to provide outstanding customer service. I was recognized by the intra company hierachy in addition to the customer communities for providing outstanding customer service. I used the basic belief of a loyal customer base is the foundation of a successful business. All customers were treated as members of the Stop & Shop family and it was very successful to my career with the company. Stop & Shop is the largest and most successful supermarket chain in New England.

**Technical Skills and Systems Knowledge**
Had a very strong technical knowledge of the register systems, the account
receivables and payroll.

## Education

**School :** Suffolk University

**City:** Boston

**State:** MA

**Country:** USA

**Degree:** B.A.

**Major:** Political Science

**Second Major or Minor:** none

**Completed or Expected Date:** 06/1982

## Equivalent Work Experience or Other Relevant Training
Setup as manager in the GBSC. Basic knowledge and understanding of the
wholesale environment in previous Wholesale department (platform) POTS
lines.

## Relevant Non-Work Experience
Previous job experience included 17 years of mangement experience
demonstrating an ability to recognize management problems and develop
solutions. I also worked as a training coordinator for the Massachusets area
for Stop & Shop supermarkets.

*To print your resume, click the browser printer icon on the tool bar. You can also
copy the resume into a Word document for printing and future reference.*

| EDIT YOUR RESUME |
| --- |

Guidelines For Building Your Bell Atlantic Resume

 **Bell Atlantic**    V] Search  V] Contacts  V] Site Map    **CORPORATE WIDE WEB**

Human Resources

# Lisa M Smith

# 6 BOWDOIN SQ, BOSTON, MA 02114

# Contact #: (617)570-9757

**EXIT SYSTEM**

**RETURN TO MJO SYSTEM**

**VIEW YOUR RESUME**

**EDIT ENTIRE RESUME**

**EDIT CONTACT INFORMATION**

**EDIT SUPERVISORY EXPERIENCE**

**EDIT WORK EXPERIENCE**

**EDIT EDUCATION**

**EDIT EQUIVALENT WORK EXPERIENCE/ TRAINING**

## Career Objective

To continue to learn and challenge myself in a management position and to contribute to Verizon and my team in a positive way.

## Objective Steps

I have assertively pursued training and new experiences in a variety of work environments. I have successfully completed a two year certificate program in telecommunications technology, and am continuing to pursue work-related, accredited college level classes.

## Supervisory Experience

Supervised a maximum of: 18  associates or similar positions

Direct Subordinates: 15    Indirect Subordinates: 32

## Current Work Experience

**Current Job Title:** TEAM LEADER

**Company/Department:** VERIZON SERVICES GROUP/NTWK INTER MARKETS

**Dates From:** 10/1999    **To:**Pres

**Current Supervisor:** Henry P Pilat
**Supervisor Phone:** 617-570-9600

## Responsibilities

Delivery of wholesale ADSL, ISDN and Linesharing products at parity levels with retail. Manage time and quality performance of individual team of 12-18 service representatives; quality results delivered of 97.5% (2.5% over target of 95%). NMC point of contact for CLECs Digital Broadband, HarvardNet, DSL.NET and Skowhegan OnLine; worked closely with engineering and

Operations Support to ensure equal access to Verizon products and facilities.

## Accomplishments
Currently supervising and developing a Call Center work group comprised of 32 representatives handling incoming calls from CLEC/DLECs. This work group responds to queries from CLEC customers, performs detailed investigation and problem resolution. At this time, over 21.000 calls have been handled with only 1escalation to manager level. . Managed and reduced service order error list for year 2000 for Digital Market Center. Contributed to the introduction and development of the NMC quality review process and criteria. Currently rated as VE/Very Effective in Teamwork, Communication and Continuous Learning. Successfully completed accredited courses at Northeastern University in Communication (final grade A) and Conflict Management (final grade A+). Completed Bell Atlantic classes in Attendance and FMLA, Coaching, Conflict Management and Time and Priority Management.

## Technical Skills and Systems Knowledge
Fully proficient in understanding of requirements and provisioning of wholesale ADSL, ISDN, Linesharing and Linesplitting. Proficient in retail product line from residence to complex data services. Systems: UNISON, WFADO, WFAC, SWITCH, TIRKS, BOSS, SOP/DOE.

---

## Previous Work Experience

**Job Title:** Service Representative, temporarily promoted as Service Delivery Engineer

**Company/Department:** Bell Atlantic/Network Interconnection Markets

**Dates From:** 11/1997   To:10/1999

## Responsibilities
Acted as Service Delivery Engineer to provision digital data services (DDSII, T1, Flexpath, Frame Relay and ISDN PRI), escalated as necessary to ensure timely delivery of above services. As a service representative, provisioned full range of products from Residence to complex data services. Monitored accounts for accurate billing of services indicated above, and also resolved any resulting billing claims. Assisted in distributing work in Resale DCAS system to representatives in Network InterconnectionMarkets office

## Accomplishments
Helped to establish an effective new Digital work group in a new office (NET-I) with no pre-existing support structure

## Technical Skills and Systems Knowledge

Trained and proficient in product range from residence to complex digital services. Proficients in BOSS, BMEX, UNISON, TIRKS, WFADO, WFAC and Resale DCAS.

---

**Job Title:** Service Representative, temporarily promoted as Service Delivery Engineer

**Company/Department:** Bell Atlantic/Network Interconnection Markets

**Dates From:** 11/1997    To: 10/1999

**Responsibilities**
Acted as Service Delivery Engineer to provision digital data services (DDSII, T1, Flexpath, Frame Relay and ISDN PRI), escalated as necessary to ensure timely delivery of above services. As a service representative, provisioned full range of products from Residence to complex data services. Monitored accounts for accurate billing of services indicated above, and also resolved any resulting billing claims. Assisted in distributing work in Resale DCAS system to representatives in Network InterconnectionMarkets office

**Accomplishments**
Helped to establish an effective new Digital work group in a new office (NET-I) with no pre-existing support structure.

**Technical Skills and Systems Knowledge**
Trained and proficient in product range from residence to complex digital services. Proficients in BOSS, BMEX, UNISON, TIRKS, WFADO, WFAC and Resale DCAS.

---

**Job Title:** Service representative

**Company/Department:** Bell Atlantic/Boston Residence Service Center

**Dates From:** 9/1987    To: 7/1992

**Responsibilities**
Performed product sales and service order negotiation. Performed billing inquiry and collection activity.

**Accomplishments**
Served as Customer Advocated to analyze and resolve residence installation issues.

**Technical Skills and Systems Knowledge**
Proficient in residence product line. Systems: BOSS, DOE, PREMIS,

http://njo.ucn-au.com/scripts/cgicint.exe/3SMF3KW.NA99ARESC8GJPCB2EV/ND001_

UNISON, and WFADO.

**Job Title:** Technician

**Company/Department:** Bell Atlantic/Brockton Installation and Maintenance

**Dates From:** 06/1985    **To:** 08/1985

**Responsibilities**
Also, 06/1986 to 08/1986. Installed new business and residence phone service; assisted in cable splicing and prewiring of new construction.

**Accomplishments**
Proficient in installation with no prior experience in electrical or construction fields.

**Technical Skills and Systems Knowledge**
Premise wiring and cable splicing.

---

Education

**School :** Providence College

**City:** Providence

**State:** RI

**Country:** USA

**Degree:** BA

**Major:** Psychology

**Completed or Expected Date:** 06/1987

---

**School :** Women's Technical Institute

**City:** Boston

**State:** MA

**Country:** USA

**Degree:** Certificate of Telecommunications Technology

**Completed or Expected Date:** 10/1992

*To print your resume, click the browser printer icon on the tool bar. You can also copy the resume into a Word document for printing and future reference.*

EDIT YOUR RESUME

Guidelines For Building Your Bell Atlantic Resume