# EXHIBIT 14

Pursuant to Local Rule 5.3(A), exhibits attached hereto have been redacted to protect the personal privacy of individuals, including dates of birth and social security numbers.



EXHIBIT
Pilot 8
m. malley 5/17/05

| DOB | Last Name | First Name | Career Band |
|---|---|---|---|
| 1977 | Aliberti | Adam R | 4 |
| 1973 | Blais | Matthew G | 4 |
| 1969 | Burton | Janeeque | 4 |
| 1974 | Edmonds | Malika T | 4 |
| 1964 | Freeman | Jean M | 4 |
| 1948 | Joy | Brenda E | 4 |
| 1967 | Leone | Luigi | 4 |
| 1968 | Peterson | Roy E | 4 |
| 1960 | Podoske | Patrick T | 4 |
| 1960 | Rober | Susan C | 4 |
|  |  |  |  |
| 1949 | Robinson | Charles J | 4 |
| 1965 | Smith | Lisa M | 4 |

Redacted

robinson.peers.xls

1 of 1