# EXHIBIT 17

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; see Privacy Act Statement on reverse before completing this form.

ENTER CHARGE NUMBER
- [ ] FEPA  01-13-10291
- [ ] EEOC

___Massachusetts Commission Against Discrimination___ and EEOC
*(State or local Agency, if any)*

| | |
|---|---|
| **NAME** (Indicate Mr., Ms., or Mrs.) Charles Robinson | **HOME TELEPHONE NO.** (Include Area Code) 617-523-6511 |
| **STREET ADDRESS** c/o Frank L. Fragomeni, Jr., Attorney, **CITY, STATE AND ZIP CODE** 15 Broad St., Boston, MA 02109 | **COUNTY** |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NO. OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| Verizon Services Group | In excess of six (6) | |
| **STREET ADDRESS** 125 High Street, Boston, MA | **CITY, STATE AND ZIP CODE** | |

| NAME | | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| STREET ADDRESS | CITY, STATE AND ZIP CODE | |

**CAUSE OF DISCRIMINATION BASED ON** *(Check appropriate box(es))*
- [ ] RACE
- [ ] COLOR
- [ ] SEX
- [ ] RELIGION
- [ ] NATIONAL ORIGIN
- [X] AGE
- [ ] RETALIATION
- [ ] OTHER *(Specify)*

**DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE** *(Month, day, year)*
8/7/01

**THE PARTICULARS ARE** *(If additional space is needed, attached extra sheet(s)):*

I have been employed by Verizon and its predecessors for nearly thirty (30) years with excellent reviews. I was terminated and my duties were delagated to employees under forty (40) years of age. I was the only employee terminated out of twelve (12) department members, ten of which are forty years old or under.

C. Robinson
EXHIBIT NO. 7
3/23/05
C. Carpentier

RECEIVED OCT 10 2001 COMMISSION AGAINST DISCRIMINATION

[X] I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

**NOTARY** - (When necessary to meet State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT
*Charles J Robinson*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
10/7/01