# EXHIBIT 18

MAS-20030912
guen
Case 1:04-cv-11964-NG   Document 21   Filed 10/21/2005   Page 2 of 2
09/10/2004
03:04 PM

Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

### SUCV2004-03639
### Robinson v Verizon Services Group

| File Date | 08/17/2004 | Status | Disposed: transferred to other court (dtrans) |
|---|---|---|---|
| Status Date | 09/10/2004 | Session | E - Civil E |
| Origin | 1 | Case Type | B22 - Employment Discrimination |
| Lead Case | | Track | F |

| Service | 11/15/2004 | Answer | 01/14/2005 | Rule12/19/20 | 01/14/2005 |
|---|---|---|---|---|---|
| Rule 15 | 01/14/2005 | Discovery | 06/13/2005 | Rule 56 | 07/13/2005 |
| Final PTC | 08/12/2005 | Disposition | 10/11/2005 | Jury Trial | No |

### PARTIES

**Plaintiff**
Charles Robinson
Active 08/17/2004

**Private Counsel 176990**
Frank L Fragomeni Jr
Fragomeni & Carey
15 Broad Street
Suite 501
Boston, MA 02109
Phone: 617-523-6511
Fax: 617-367-6475
Active 08/17/2004 Notify

**Defendant**
Verizon Services Group
Served: 08/20/2004
Served (answr pending) 08/31/2004

**Private Counsel 639179**
John P McLaffety
Day Berry & Howard
260 Franklin Street
Boston, MA 02110
Phone: 617-345-4500
Fax: 617-439-4453
Active 09/10/2004 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 08/17/2004 | 1.0 | Complaint |
| 08/17/2004 | | Origin 1, Type B22, Track F. |
| 08/17/2004 | 2.0 | Civil action cover sheet filed |
| 08/31/2004 | 3.0 | SERVICE RETURNED: Verizon Services Group(Defendant)(In hand on 8/20/04) |
| 09/10/2004 | | Certified copy of petition for removal to U. S. Dist. Court of Deft. Telesector Resources Group, Inc. d/b/a Verizon Services Group U. S. Dist.#(04-11964NG). |
| 09/10/2004 | | Case REMOVED this date to US District Court of Massachusetts |

### EVENTS

. HEREBY ATTEST AND CERTIFY ON

SEPT. 13, 2004, THAT THE

FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
ASSISTANT CLERK.