UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHARLES ROBINSON,            )<br>                              )<br>         Plaintiff,          )<br>v.                            )   Civil Action No. 04-11964-NG<br>                              )<br>TELESECTOR RESOURCES GROUP, INC. D/B/A )<br>VERIZON SERVICES GROUP,       )<br>                              )<br>         Defendant.           )<br>                              ) | |

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1 (A) (2)**

Pursuant to Local Rule 7.1 (A) (2), I, John P. McLafferty, counsel for the Defendant, Telesector Resources Group, Inc., d/b/a Verizon Services Group ("Verizon") hereby certify that on several occasions, most recently on October 13, 2005, I conferred with Attorney Frank L. Fragomeni, Jr., counsel for Plaintiff Charles Robinson, in good faith attempted to resolve or narrow the issues raised by the Defendant's Motion for Summary Judgment, filed this date. The parties have been unable to narrow the issues in dispute.

                      Respectfully submitted,

                      Defendant,
                      TELESECTOR RESOURCES GROUP, INC.
                      D/B/A VERIZON SERVICES GROUP,
                      By its attorneys,

                        /s/ John P. McLafferty
                      John P. McLafferty, BBO #639179
                      DAY, BERRY & HOWARD LLP
                      260 Franklin Street
                      Boston, Massachusetts 02110
October 21, 2005            (617) 345-4600

-2-

## CERTIFICATE OF SERVICE

    I, John P. McLafferty, do hereby certify that on this 21st day of October, 2005 I caused a true copy of the foregoing to be delivered by overnight mail to Frank L. Fragomeni, Jr., Esquire,15 Broad Street, Suite 501, Boston, Massachusetts 02109.


                                               /s/ John P. McLafferty
                                           John P. McLafferty