# United States District Court
# District of Massachusetts

CHARLES ROBINSON,
     Plaintiff,

      V.                      CIVIL ACTION NO. 2004-11964-NG

TELESECTOR RESOURCES GROUP, INC.,
     D/B/A VERIZON SERVICES GROUP,
     Defendant.

# ORDER
# RETURNING FILE TO DISTRICT JUDGE

COLLINGS, U.S.M.J.

The above-styled case was referred to me for pre-trial management not including dispositive motions. *See* #5. The parties do not consent to the reassignment of the case to the undersigned for trial and entry of judgment pursuant to 28 U.S.C. § 636(c). *See* #18.

Discovery is complete; defendant's have filed Defendant's Motion for Summary Judgment (#19); the opposition is due November 10, 2005. *See* #16.

Accordingly, the file is RETURNED to the Clerk's Office with the notation

that the case is "no longer referred" to Judge Collings.

*/s/ Robert B. Collings*

ROBERT B. COLLINGS
United States Magistrate Judge

October 31, 2005.