UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHARLES ROBINSON,<br>Plaintiff | *<br>*<br>* | |
| vs. | * | C.A. NO. 04-11964-NG |
| | * | |
| TELESECTOR RESOURCES<br>GROUP, INC., D/B/A VERIZON<br>SERVICES GROUP,<br>Defendant | *<br>*<br>*<br>* | |

**ASSENTED TO MOTION TO ENLARGE TIME
TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

The parties hereto by their Attorneys agree and stipulate that the time in which the Plaintiff, Charles Robinson is required to file his Opposition to Defendant's Motion for Summary Judgment, be and hereby is enlarged to and including November 17, 2005.

FRANK L. FRAGOMENI, JR., ESQ.
ATTORNEY FOR THE PLANITIFF
15 BROAD STREET, SUITE 501
BOSTON, MA 02109
TEL. (617) 523-6511
BBO #176990

JOHN P. McLAFFERTY, ESQ.
DAY, BERRY & HOWARD, LLP
ATTORNEY FOR THE DEFENDANT
ONE INTERNATIONAL PL.
BOSTON, MA 02110
TEL. 617-345-4669
BBO #639179

## CERTIFICATE OF SERVICE

    I, Frank L. Fragomeni, Jr., Attorney for the Plaintiff, hereby certify that on the 7th[th] day of November 2005, I forwarded a copy of the within pleading, by first class mail, postage prepaid, directed to: John McLafferty, Day, Berry & Howard, LLP, One International Place, Boston, MA 02210.

*[signature]*
FRANK L FRAGOMENI, JR.
15 BROAD STREET, SUITE 501
BOSTON MA 02109
TEL. (617) 523-6511
BBO #176990