Charles Robinson
March 23, 2005

1   A.   I sat with them long enough basically to
2   understand what was going on.
3   Q.   So you felt you had sufficient
4   knowledge --
5         MR. FRAGOMENI: Objection.
6   Q.   (By Mr. Springer) -- to be able --
7   A.   To understand the process.
8   Q.   And to provide them guidance, isn't that
9   so?
10  A.   In most instances yes.
11  Q.   I am -- we had talked about Ruth Linda
12  Rober before, Do you remember that?
13  A.   Yes.
14  Q.   And when did you begin your friendship
15  with her?
16  A.   I don't recall.
17  Q.   Do you recall the year?
18  A.   No, I don't.
19  Q.   Do you recall how it started?
20  A.   No, I don't.
21  Q.   Did you have an e-mail correspondence
22  with her?
23  A.   Yes, I did.
24  Q.   And when did that start?

Charles Robinson
March 23, 2005

```
 1        A.    I don't recall.
 2        Q.    Do you recall the year?
 3        A.    No.
 4        Q.    Okay.  Do you remember the content of any
 5   of the e-mails?
 6        A.    No, I don't.
 7        Q.    Do you remember the contents of any of
 8   her e-mails?
 9        A.    No, I don't.
10        Q.    Were they at all sexual in nature?
11        A.    Never.
12        Q.    Did you have a sexual relationship with
13   her?
14        A.    Yes, I did.
15        Q.    Was she married?
16        A.    Yes.
17        Q.    How long did the sexual relationship
18   last?
19        A.    I don't recall.
20        Q.    You don't recall how long it lasted?
21        A.    Nope.
22        Q.    Did she break it off?
23        A.    Yes.
24        Q.    Do you remember when that occurred?
```

Charles Robinson
March 23, 2005

| | | |
|---|---|---|
| 1 | A. | No, I don't. |
| 2 | Q. | And I am sorry -- did you tell me that |
| 3 | she was married? | |
| 4 | A. | Yes. |
| 5 | Q. | Did you save any of the e-mails? |
| 6 | A. | No, I didn't. |
| 7 | Q. | Do you have any notes or letters from |
| 8 | her? | |
| 9 | A. | Not that I recall, no. |
| 10 | Q. | Why did she terminate the relationship? |
| 11 | A. | I really don't remember. |
| 12 | Q. | What was your reaction? |
| 13 | A. | Like anybody -- you know, I was |
| 14 | disappointed. | |
| 15 | Q. | Did she ever complain to you of |
| 16 | harassment? | |
| 17 | A. | No -- not that I recall, no. |
| 18 | Q. | Did she ever tell to cease sending her |
| 19 | e-mails or any other activity? | |
| 20 | A. | No, not that I recall, no. |
| 21 | Q. | Okay. |
| 22 | | MR. SPRINGER:  (Handing.) |
| 23 | | (C. Robinson Exhibit No. 4, 3-Page |
| 24 | | Document Entitled General Case, marked |

Charles Robinson
March 23, 2005

1            for identification.)
2       Q.   (By Mr. Springer)  I'm showing you
3   something that has been produced in this lawsuit and
4   what I'd like to do is -- I note the date of the
5   occurrence is 9/7/200.  Was Ruth Linda Rober working
6   in NMC at that time?
7       A.   No.
8       Q.   Do you know where she was working?
9       A.   Not really, no.
10      Q.   Well, do you know if she was working --
11  do you know the -- she was working at Verizon; is
12  that correct?
13      A.   Yes.
14      Q.   Okay.  If you turn to the last
15
16
17
18
19
20
21
22
23
24

```
 1  page, Page 3 of this --
 2       A.   Okay.  Yup.
 3       Q.   It says that Ms. Rober is reporting that
 4  she is being harassed via company e-mail system by
 5  an associate by the name of Charles Robinson; did
 6  she -- having read this, do you remember her
 7  speaking to you whatsoever about your e-mails to
 8  her?
 9       A.   No, I don't.
10       Q.   Did she ever just tell you cut it out,
11  Charlie?
12       A.   I don't really remember.
13       Q.   It says here:  Then Ms. Rober told
14  Security she had made several attempts to reason
15  with Mr. Robinson to no avail.
16            Do you remember any conversations with
17  her with regard to her telling you that she didn't
18  want to have any relationship with you and you
19  should stop e-mailing her?
20       A.   I don't recall anything.
21       Q.   Do you ever remember her saying that you
22  should stop bothering her?
23       A.   I can't -- I don't recall.
24       Q.   Okay.  Were you aware that Mr. Pilat was
```

Charles Robinson
March 23, 2005

```
1   aware of this security investigation?
2        A.   No, I was not.
3        Q.   Do you remember Mr. Pilat talking to you
4   about this?
5        A.   Clarify that for me, will you?
6        Q.   Do you remember Mr. Pilat talking to you
7   about either your relationship with Ruth Linda Rober
8   or this security investigation?
9        A.   He never spoke to me about any of that.
10       Q.   Really?  Well, did he talk to you about
11  any of your activity on the e-mail system?
12       A.   He never spoke to me about that.
13       Q.   Okay.  Did you have any problems with
14  Mr. Rober's -- Ms. Rober's sister, who was Sue
15  Rober?
16       A.   No.
17       Q.   Okay.  Did you try at any point to talk
18  to Sue Rober about your relationship with Ruth
19  Linda?
20       A.   Not that I recall, no.
21       Q.   Didn't you speak to Sue Rober and try to
22  get her to intercede with her sister?
23       A.   I don't really recall.
24       Q.   After this, do you remember being told by
```

```
 1    Security that if you continued e-mailing her, it
 2    could be considered stalking?
 3         A.    Yes.
 4         Q.    And did you agree to cease all
 5    communication with Ms. Rober?
 6         A.    Yes.
 7         Q.    Did you, in fact, cease all communication
 8    with Ms. Rober after this incident?
 9         A.    Yes.
10         Q.    And again, you don't remember anything
11    that Ms. Rober said to you about your e-mails
12    whatsoever?
13         A.    No I don't.
14         Q.    Nor do you remember any other content of
15    them?
16         A.    No I don't.
17         Q.    Nor do you have any of them in your
18    position?
19         A.    No, I don't.
20         Q.    Now, do you remember trying to contact
21    Ruth Linda through Sue Rober?
22         A.    No, I don't.
23         Q.    How long did the sexual relationship with
24    Ruth Linda Rober go on?
```

Charles Robinson
March 23, 2005

|   |   |
|---|---|
| 1 | MR. FRAGOMENI: Objection. |
| 2 | THE WITNESS: I really don't know. |
| 3 | MR. FRAGOMENI: You asked that |
| 4 | question and he answered it already. |
| 5 | Q. (By Mr. Springer) Do you remember a |
| 6 | Tricia Chisholm? |
| 7 | A. Yes. |
| 8 | Q. Did she work for you? |
| 9 | A. Nope. |
| 10 | Q. Did you know of her work? |
| 11 | A. Same as everybody else, yes. |
| 12 | Q. Was she a service tech? |
| 13 | A. Service rep, yes. |
| 14 | Q. She was a service rep in NMC? |
| 15 | A. That's correct. |
| 16 | Q. And was she a service rep from the time |
| 17 | you got there or did she come in at some point, do |
| 18 | you remember? |
| 19 | A. May have come in afterwards. |
| 20 | Q. Okay. Was she a good worker? |
| 21 | A. To the best of my knowledge, yes. |
| 22 | Q. Okay. But she never worked for you; is |
| 23 | that correct? |
| 24 | A. That's correct. |