```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS


_____
CHARLES ROBINSON,              )
     Plaintiff,                )
                               )
     v.                        )     Civ. Action No. 04-11964-NG
                               )
TELESECTOR RESOURCES GROUP,    )
INC.,                          )
     Defendant.                )
_____
GERTNER, D.J.:
```

## ORDER TO SHOW CAUSE

Frank L. Fragomeni, Jr., counsel for the Plaintiff, is hereby ordered to show cause at a hearing on February 15, 2006, at 2:45 p.m., in Courtroom 2 on the third floor, why he failed to appear in Court on February 1, 2006, at 2:45 p.m. to represent Charles Robinson; notice having been given on December 5, 2005.


**SO ORDERED.**

**Dated: February 6, 2006**          **/s/ NANCY GERTNER, U.S.D.J.**