UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES ROBINSON,<br>    Plaintiff | *<br>*<br>* |
| vs. | *   C.A. NO. 04-11964-NG<br>* |
| TELESECTOR RESOURCES<br>GROUP, INC., D/B/A VERIZON<br>SERVICES GROUP,<br>    Defendant | *<br>*<br>*<br>* |

## AFFIDAVIT

1. I am Frank L. Fragomeni, Jr., Attorney of record for the Plaintiff, Charles Robinson.

2. On February 7, 2006 I received via first class mail an Order to Show Cause from the Court for failure to appear for a status hearing on February 1, 2006.

3. Plaintiff's counsel did not attend the hearing on February 1, 2006 because I did not receive notice from the Court.

4. The Court has scheduled this matter for February 15, 2006.

5. I am unable to attend this Notice to Show Cause hearing on February 15, 2006 as I will be out of the country on a scheduled vacation from February 10, 2006 to March 3, 2006.

6. Defendant's Summary Judgment and Plaintiff's Opposition have been filed with the Court.

7. A hearing date regarding the Summary Judgment has been scheduled for March 21, 2006.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 7TH DAY OF FEBRUARY 2006.

FRANK L. FRAGOMENI, JR.
BBO #176990
ATTORNEY FOR THE PLAINTIFF
15 BROAD ST., SUITE 501
BOSTON, MA 02109
TEL: 617-523-6511

2