UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
CHARLES ROBINSON,              )
     Plaintiff,                )
                               )
     v.                        )     Civ. Action No. 04-11964-NG
                               )
TELESECTOR RESOURCES GROUP,    )
INC.,                          )
     Defendant.                )
_____)
```
GERTNER, D.J.:

### ORDER TO SHOW CAUSE
### February 17, 2006

Frank L. Fragomeni, Jr., counsel for the Plaintiff, is hereby ordered to show cause at a hearing on March 21, 2006, at 2:30 p.m. in Courtroom 2 as to show why he should not be held in contempt for

    a)   failing to appear in Court on February 1, 2006, at 2:45 p.m. to represent Charles Robinson, notice having been sent by first class mail on December 5, 2005;

    b)   failing to appear at the show cause hearing itself on February 15, 2006, at 2:45 p.m. without being granted permission by the Court in advance to be excused from said hearing, instead filing an affidavit on February 8, 2006, indicating that counsel would be "out of the country on a scheduled vacation" on the date of the show cause hearing;

    c)   failing to use the Electronic Case Filing ("ECF") system for the plaintiff's submissions, even though ECF has been mandatory in this session for over two years, and has been mandatory court-wide since January 1, 2006.

SO ORDERED.

Date:  February 17, 2006      /s/NANCY GERTNER, U.S.D.J.