# EXHIBIT 1

1  Q.  Okay.  With regard to comments, can you
2  tell me every comment you believe indicates that
3  your layoff was a result of your age?
4  A.  Again, any time that he asked me,
5  Mr. Pilat -- and again, he didn't ask me, he was
6  basically making a statement, and again, he would
7  say You're old enough, you would retire if an offer
8  was made.
9  This started from the first time that I
10  -- you know, went up to the NMC, and it wasn't just
11  in conversation.
12  Q.  When you say it wasn't just in
13  conversation, what do you mean?
14  A.  I didn't have that feeling because it was
15  said to me numerous times over the first couple
16  months, two or three months that I was there, in
17  fact, so much so that I told him to stop that type
18  of questioning of me because I had seen that type of
19  questioning in the past.
20  I did not want to be identified as a
21  possible retiree.
22  Q.  Where had you seen that kind of
23  questioning before?
24  A.  I had gone through RIF's before.

Charles Robinson
March 23, 2005

```
 1        Q.   And so you're saying that in the past,
 2   people asked you whether you wanted to retire?
 3        A.   No.  I saw older coworkers being asked
 4   that question.
 5        Q.   Whether they wanted to voluntarily leave
 6   the company?
 7        A.   No.
 8        Q.   Whether they wanted to retire?
 9        A.   Not that question, but basically -- yes
10   on that idea, yes.  They would -- yes.
11        Q.   Well, tell me if you remember any of the
12   specifics of what this prior questioning involved;
13   in other words, can you remember any occasion where
14   that occurred and who was involved?
15        A.   Again, I can just remember back years and
16   with the first RIF and I remember again it wasn't a
17   voluntary thing.  It was basically people that were
18   the oldest workers there that were the ones that
19   were let go.
20        Q.   When you say the first RIF, what time
21   were you talking about?
22        A.   That goes back probably fifteen years.
23        Q.   Okay.  Do you remember any specifics at
24   any time with regard to what was said and by whom
```

```
 1  concerning this prior questioning about retirement?
 2       A.   I don't really recall anything else.
 3       Q.   So you don't recall any -- any names?
 4       A.   Oh, who, of people that I just provided.
 5       Q.   Yeah, of people who were -- who did the
 6  questioning, do you have any memory of any names of
 7  the people who did the questioning?
 8       A.   I don't recall, no.
 9       Q.   Okay.  And do you have any names of any
10  of the persons who were questioned?
11       A.   I would say, again, I know people that
12  were --
13            MR. FRAGOMENI:  Give him the names.
14            THE WITNESS:  Thomas Kennedy and Al
15  Spagnoli.
16       Q.   (By Mr. Springer)  And when was that?
17       A.   Years ago, I don't know exactly when.
18       Q.   Okay.  And do you know what specifically
19  was asked of them?
20       A.   No, I don't.
21       Q.   And do you know -- and you don't know who
22  asked it of them?
23       A.   No.
24       Q.   Okay.  And do you know whether this was
```

Charles Robinson
March 23, 2005

```
 1   an involuntary or voluntary layoff they were
 2   involved in -- or both?
 3        A.   It was an involuntary layoff.
 4        Q.   Okay.  And when you say fifteen years ago
 5   that -- that's the first layoff that you remember,
 6   about fifteen years ago?
 7        A.   Again, I don't know specifically the time
 8   frame; it could have been ten years ago.
 9        Q.   Okay.  And do you know everyone who was
10   laid off in that layoff?
11        A.   In my particular area that I was involved
12   with, you know, my general circle of people, no --
13   the -- those are two names that I've provided you.
14        Q.   Okay.  And I'm asking -- so you don't
15   know everybody?
16        A.   I don't know every single person, no.
17        Q.   Do you know how many people were laid off
18   in that layoff?
19        A.   No, I don't.
20        Q.   Okay.  And just so I'm clear:
21             What do you remember being said to
22   Mr. Kennedy and Mr. Spagnoli that you over --
23             Did you overhear this or did they tell
24   you?
```

Charles Robinson
March 23, 2005

```
 1         A.    They basically told me that, you know,
 2   and again, I just -- it's again --
 3              MR. FRAGOMENI:  Answer his question,
 4   please.
 5              THE WITNESS:  I over -- I didn't
 6   overhear it.  I was told this.
 7         Q.    (By Mr. Springer)  What did they tell
 8   you?
 9         A.    That they were basically being asked to
10   retire.
11         Q.    Do you remember -- know if a question was
12   asked of them?
13         A.    I don't know specifically, no.
14         Q.    Do you know if they were asked whether
15   they wanted to retire?
16         A.    I don't know specifically, no.
17         Q.    Okay.  So you don't know what was said to
18   them at all --
19         A.    That's correct.
20         Q.    -- at all; is that correct?
21              MR. FRAGOMENI:  Objection.
22              THE WITNESS:  I don't recall the
23   specifics of the conversation, no.
24         Q.    (By Mr. Springer)  Now, you say Mr. Pilat
```