**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Charles Robinson
Plaintiff

      V.

CIVIL ACTION

NO. 04-11964-NG

Telesector Resources Group
Defendant

**SETTLEMENT ORDER OF DISMISSAL**

Gertner, D. J.

The Court having been advised, that the parties in the above-entitled have reach a settlement agreement.

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

| | |
|---|---|
| 10/3/06 | /s/Maryellen Molloy |
| Date | Deputy Clerk |

(30 DISM ROBINSON 9-06.wpd - 12/98)
[stlmtodism.]